# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :   NO. 1:15-CR-309
                               :
v.                             :   (Judge          )
                               :
JALIL IBN AMEER AZIZ,          :
   Defendant.                  :

## INDICTMENT

THE GRAND JURY CHARGES THAT:

*FILED SCRANTON DEC 22 2015 PER [signature] DEPUTY CLERK*

### COUNT 1
(Conspiracy to Provide Material
Support and Resources to a Designated FTO)

From on or about July 2014 to on or about December 17, 2015, in Dauphin County, within the Middle District of Pennsylvania, the Defendant,

**JALIL IBN AMEER AZIZ,**

did knowingly conspire to provide material support and resources, including personnel and services, to a foreign terrorist organization, to wit: the Islamic State of Iraq and the Levant, knowing that the organization was a designated terrorist organization, and that the organization had engaged in and was engaging in terrorist activity and terrorism.

All in violation of Title 18, United States Code, Section 2339B(a)(1).

## COUNT 2
### (Attempt to Provide Material Support and Resources to a Designated FTO)

From on or about July 2014 to on or about December 17, 2015, in Dauphin County, within the Middle District of Pennsylvania, the Defendant,

**JALIL IBN AMEER AZIZ,**

did knowingly attempt to provide material support and resources, including personnel and services, to a foreign terrorist organization, to wit: the Islamic State of Iraq and the Levant, knowing that the organization was a designated terrorist organization, and that the organization had engaged in and was engaging in terrorist activity and terrorism.

All in violation of Title 18, United States Code, Section 2339B(a)(1).

A TRUE BILL

PETER J. SMITH
United States Attorney

12-22-15
Date

3