IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:15-CR-309** |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **JALIL IBN AMEER AZIZ** | : | |

## ORDER

AND NOW, this 21st day of November, 2016, upon consideration of the government's second motion for a protective order pursuant to Section 4 of the Classified Information Procedures Act, 18 U.S.C. App. III § 4, and Federal Rule of Criminal Procedure 16(d)(1), it is hereby ORDERED that:

1. The government's second motion is GRANTED.

2. The entire text of the government's motion, all accompanying exhibits, and the classified order of this court shall not be disclosed to the defense or the public and shall be sealed and preserved in the records of the court to be made available to the appellate court in the event of an appeal.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania