IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:15-CR-309 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **JALIL IBN AMEER AZIZ** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 12th day of January, 2017, upon consideration of the motion (Doc. 62) by defendant Jalil Ibn Ameer Aziz ("Aziz") for notice and disclosure of surveillance under the Foreign Intelligence Surveillance Act ("FISA"), 50 U.S.C. § 1801 *et seq.*, and to suppress the fruits of such surveillance or any other collection conducted pursuant to FISA, or other "confidential" foreign intelligence gathering, or any parallel construction or "scrubbing" activities, and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that the motion (Doc. 62) is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania