# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 1:15-CR-309** |
| v. : | **(Chief Judge Conner)** |
| **JALIL IBN AMEER AZIZ** : | |
| **Defendant** : | |

## ORDER

AND NOW, this 18th day of January, 2017, upon consideration of the government's request (Doc. 84) for the court to take judicial notice that the Islamic State of Iraq and the Levant ("ISIL") is a designated foreign terrorist organization pursuant to 44 U.S.C. § 1507 and Federal Rules of Evidence 201 and 902(5), as well as the response (Doc. 89) by defendant Jalil Ibn Ameer Aziz ("Aziz"), wherein Aziz acknowledges that ISIL has been designated a foreign terrorist organization by the United States Secretary of State, which designation has been published in the Federal Register, without conceding the accuracy of said designation, (see id.), and it appearing that a court "must take judicial notice if a party requests it and the court is supplied with the necessary information," FED. R. EVID. 201(c), and further that the government has provided sufficient information for the court to determine that ISIL was a "designated foreign terrorist organization" throughout the period of time covered by the superseding indictment, to wit: that on October 15, 2004, the Secretary of State designated al-Qa'ida in Iraq, then known by the name Jam'at al Tawhid, as a foreign terrorist organization, 69 Fed. Reg. 61,292 (Oct. 15, 2004); that

the Secretary amended the designation of al-Qa'ida in Iraq on May 15, 2014, to include the additional aliases of, *inter alia*, "Islamic State of Iraq and the Levant, also known as Islamic State of Iraq and al-Sham, also known as Islamic State of Iraq and Syria," 79 Fed. Reg. 27972 (May 15, 2014), and that the Secretary most recently amended the designation to include the aliases "Islamic State," "ISIL," and "ISIS," 80 Fed. Reg. 58804 (Sept. 30, 2015), it is hereby ORDERED that:

1. The government's request (Doc. 84) for the court to take judicial notice that the Islamic State of Iraq and the Levant (ISIL) is a designated foreign terrorist organization is GRANTED.

2. The court takes judicial notice that the Islamic State of Iraq and the Levant (ISIL) was a foreign designated terrorist organization from on or about July 2014 to on or about December 17, 2015.

3. The court will provide an appropriate instruction concerning the consideration of judicially-noticed facts to the jury at the time of trial.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania