CC: CC: AUSA Bloom, Sunders+Smrall; AFPD Thornton; Deft (via mail); USP; USM

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 1:15-CR-0309 |
| v. | : (Chief Judge Conner) |
| JALIL IBN AMEER AZIZ, Defendant | : |

FILED
HARRISBURG, PA
JAN 30 2017
PETER WELSH Atty
~~MARY E. D'ANDREA~~, CLERK
Per _____

## MOTION TO WITHDRAW PLEA

AND NOW, this 30th day of January, 2017, the within defendant, JALIL IBN AMEER AZIZ, in the captioned case, in open court, moves the court to be permitted to withdraw his plea of not guilty and to enter a plea of ~~GUILTY~~ TLA 1/30/17 to Count(s) I & IV of the Superseding Indictment.

_____
JALIL IBN AMEER AZIZ, Defendant

## ORDER

NOW, this 30 day of January, 2017, the Motion to Withdraw Plea is GRANTED.

_____
CHRISTOPHER C. CONNER, Chief Judge
United States District Court
Middle District of Pennsylvania

## PLEA

NOW, this 30th day of January, 2017, the defendant, JALIL IBN AMEER AZIZ, in open court enters his plea of guilty to Count(s) I r IV of the Superseding Indictment.

_____
JALIL IBN AMEER AZIZ, Defendant