

# H.O.P.E
## DIVERSIFIED MANAGEMENT, INC.

1629 K St. Suite 300 NW
Washington DC 20006

A 501C3 Non-Profit Corporation

**PROVIDING USEFUL SOLUTIONS FOR TODAY'S URGENT NEEDS**

Honorable Chief Judge Christopher Conner
United States District Court For the
Middle District of Pennsylvania
228 Walnut Street,
Harrisburg, PA 17101

**EXHIBIT**
**1**

Re: Letter of Support for Jalil Aziz

My name is Ibrahim Aziz, the older brother of Jalil Aziz. This is one of the hardest letters I've ever had to write. I love my little brother and since his arrest we have grown much closer, closer than we ever were able to be before. With this letter, I hope to explain our family history, how myself and my sister, Shahidah Aziz made it out of the highly dysfunctional house we were raised in, while not ending up like our little brother. I also hope you come to understand little more about me, my personal struggle and how because of difficultly I had adjusting to the real world, I am most equipped to assist Jalil Aziz in his transition from the captivity of living with my mother, to the captivity of prison, to finally the freedom and accountability of released while working to reform himself.

## My mother and the Aziz House

What is probably the most confusing part of this situation is that my mother Sananeisha Aziz is a highly educated woman. She holds a double master's degree in education. However, growing up we were always a little different from the rest of the kids. We were repeatedly told fallacies about the real world. Such as most people are distrustful, your teachers don't care about you and that whatever we learned in school we had to come home and relay to her what we learned so she could scrutinize and correct what we were told.

In Junior high school when we were finally able to visit friends house, we had to come home and talk to my mother about what we talked about in our friend's house. This same rule held true for visits with family, uncles, grandmother and aunts. In fact, my mother would also approach family members and warn them about providing instructions or advice to me or my sister.

These rules created an atmosphere isolation and complete dependence on the outlook, views and perspective of my mother. In essence, we were not allowed to have our own perspective unless it was approved by my mother. She wanted too and attempted to control every aspect of our personalities.

## Abuse and the Aziz House

Along with attempted control by my mother of all outside influences there was physical, emotional and verbal abuse. We were constantly berated, called names, cursed at and hit and abused. My mother's hatred of girls meant that most of the physical and emotional abuse was directed towards my sister and while I receive verbal abuse.

However, unlike my little brother my sister and I had each other. Unlike our little brother we attended public school, had friends, talked with grandparents, aunts and uncles, unlike our little brother for the majority of our childhood our mother worked. Her working meant that she didn't have time to focus all

her attention on us; which was not the case for my little brother. My mother didn't work for most of Jalil's life so she had time to completely shut him out from the rest of the world.

## My transition and realization

Like my sister, we both left the house at seventeen not wanting to put up with the abuse of our mother. In leaving the house, did we leave our little brother with no protection from the onslaught of what we experienced? At age thirty-five, these kind of philosophical questions are hard to answer, but at age seventeen you are just trying to get away and keep your sanity.

From age seventeen to twenty-six I had two failed marriages, where in both I become verbally, emotionally and on rare occasions physically abusive, taking after the household I was raised in. As I mentioned in my nationally televised talk on C-Span where I discussed Extremism and Mental Health, I was advised to seek professional help and continued with therapy for over 10 years.

It wasn't until leaving the house of my mother and step-father, mimicking their behavior, and turning into the person I hated the most did I begin to realize that my upbringing did not prepare me for life outside the house. I had poor social skills that were painfully evident in both my work and personal relationships.

During my many years of therapy there were periods where we discussed my upbringing and how my little brother was doing. From the rare times I was able to speak with him I could tell he was not doing well. In deciding to wait until he was a little older, I feel deep remorse that I waited to long to forcefully step in and help. Never learning until his imprisonment just how isolated he was.

## Self-reform and helping others

After years of therapy, counseling and a short period on medication, I was slowly able to see bits and pieces of myself starting to emerge. After lots of hard work (that no one else could do for me), I started to realize just how dysfunctional my family and in general, my community was. So eventually I started a non-profit called H.O.P.E. Diversified Management. The focus of this 501c3 corporation is to help members of the community transition from anger, dysfunction, cycle of violence and depression to one of productivity, self-reflection and positivity.

After growing up in a household where you had no voice, I wanted to give a voice to those who may not be able to afford a mental health specialist as I could, due to my career in Information Technology. Since 2007 my organization has provided mental health services, community reintegration and engagement to underprivileged in society. I've attached recommendation letters from (then) Washington D.C. Councilwomen Yvette Alexander of Ward 7 as well as a recommendation letter from the Washington D.C. Sixth District Neighborhood Advisory Council.

I am now married with three beautiful little girls all under the age of five. I am thankful to God, my friends and community for all the support they have shown me, which has aided me in turning my life around so that others can also make the same change. I hope to use these same experiences to help Jalil





1629 K St. Suite 300 NW
Washington DC 20006

A 501C3 Non-Profit Corporation

PROVIDING USEFUL SOLUTIONS FOR TODAY'S URGENT NEEDS

Aziz transition, grow and understand that where you come from does not have to define you. You are defined by your choices, and up until now, he has made the wrong choice.

## Extremism and Radicalization in the Community

Around the summer of 2014, my non-profit organization branched off to create a separate entity of focus on extremism and radicalization amongst the American Muslims population. However rare the cases, we noticed that a small minority of Muslims were being affected by internet propaganda.

This new organization would come to be known as The TAM Group. Lead by Dr. Abdul Haqq Baker, a published pioneer in the field of counter-radicalization, extremism and deradicalization programing. Dr. Baker is recognized and has given talks all around the world including at the United Nations.

With his leadership, our long-standing relationship with local Muslim and non-Muslim community groups, law enforcement and elected officials we were able to organize the first ever conference discussing combating radicalization and extremism conducted Muslims in the United States. Our conference took place on August 7th, 2017 entitled Effectively Combating Extremism: A Grassroots Approach was televised nationally on C-Span television, C-Span Radio, ABCnews.com, Aljazeerah and Kurdistan 24. We had specialist on each of our three panels which covered the following topics: "Confronting Terror using a multi-pronged approach, Muslims within the U.S. Penal System: An Incubator for Radicalization or Reform, and Mental Health Challenges for Muslims and conflicts of identity.

During this nationally televised conference we had speakers from local law enforcement such as Assistant Police Chief of the Metropolitan Police Department – Homeland Security Bureau Jeffery Carroll, as well as elected office such as Maryland State Senator C. Anthony Muse and Maryland State Delegate Bilal Ali. The conference was very well received and attended, and we were especially proud that we were able to show the nation that there are concerned, intelligent, orthodox Mulims who care about and specialize in the field of terrorism.

To be honest it's quite ironic that my little brother would be arrested for the same crime we are fighting to prevent confused Muslims from falling into. However, this can be looked at as both a blessing and a asset.

## Current Position

What has afforded me the opportunity to work in the community is my Information Technology career. I am currently a Senior LAN Analyst for ICMA-Retirement Corporation which manages a total of 52 billion in retirement assets and 9,000 plans in 49 states. What this means is that I am responsible for the entire messaging infrastructure for the entire corporation. We have over 900 employees working throughout the United States. My responsibilities include designing, maintaining and supporting all email and mobile devices applications.





1629 K St. Suite 300 NW
Washington DC 20006

A 501C3 Non-Profit Corporation

PROVIDING USEFUL SOLUTIONS FOR TODAY'S URGENT NEEDS

## Conclusion

The sad reality is that both me and my little brother were lost and confused. When I left the home I was searching for validation, comfort, friends and ways to be liked. I didn't have a positive self-image, I didn't like myself in fact I hated everything about me. Nevertheless, over time with a support system, therapist and friends I was able to discover Ibrahim Aziz. I was able to remove the self-doubt, anger and confusion about Islam. I didn't understand how a mother who says she loves us could treat us the way she did. MY little brother, Jalil Aziz was not fortunate enough to have those kind of life experiences. He found individuals who liked him, advised him and influenced him.

The silver lining of this entire situation is that both my struggles and success enabled us to already have a full-functioning support apparatus from both H.O.P.E Diversified Management and The TAM Group. These apparatuses are important because Jalil Aziz will be starting from square one. He will need therapy, a support system, a job and individuals who truly care about his wellbeing. It pleases me to be able to include Kareem Abdus-Salaam, Dr. Baker and Mujahid Muhammad amongst this support apparatus.

While Jalil is not completely blameless, I do firmly believe that his lack of contact with family, him being homeschooled for the majority of his life, and him being prevented from participating in any social activity and the lack of genuine, prolonged exposure of anyone other than his parents contributed to his need to be accepted and social dysfunction.

I (we) are ready and willing to support Jalil Aziz when he is released from prison. We hope that he will be housed in a prison facility near me and my family so that we can continue to keep in contact and help him with his transition into a productive member of society.

This entire ordeal has brought Jalil and much closer then we every have been. I hope to be an example for him and demonstrate to him that it is possible to change. As a current 4.0 student in Bowie State university with a major in Sociology, three children, a wife and two non-profits; this is all from someone who hatted who he was and would lash out at others due to not knowing why I was so angry. I am looking forward to spending more time around him and welcoming him into our circle of support.

Sincerely,

Ibrahim Aziz
Executive Director of H.O.P.E Diversified Management, Inc.
Helping Others Prosper through Education Diversified Management
www.hopemgmt.org
1629 K street Suite 300
Washington DC 20006
Mobile - 301-992-4279



# H.O.P.E
DIVERSIFIED MANAGEMENT, INC.

1629 K St. Suite 300 NW
Washington DC 20006

A 501C3 Non-Profit Corporation

PROVIDING USEFUL SOLUTIONS FOR TODAY'S URGENT NEEDS

Ibrahim Aziz- Nationally televised conference on Combating Violent Extremism and Mental Health.





# H.O.P.E
DIVERSIFIED MANAGEMENT, INC.

1629 K St. Suite 300 NW
Washington DC 20006

A 501C3 Non-Profit Corporation



PROVIDING USEFUL SOLUTIONS FOR TODAY'S URGENT NEEDS

Jeffery Carroll - Assistant Police Chief – Homeland Security Bureau- Metropolitan Police Department- Nationally televised conference on Combating Violent Extremism





1629 K St. Suite 300 NW
Washington DC 20006

A 501C3 Non-Profit Corporation

**H.O.P.E**
DIVERSIFIED MANAGEMENT, INC.

PROVIDING USEFUL SOLUTIONS FOR TODAY'S URGENT NEEDS

HELPING OTHERS PROSPER THROUGH EDUCATION

# C. Anthony Muse – Maryland State Senator Nationally televised conference on Combating Violent Extremism





# H.O.P.E
## DIVERSIFIED MANAGEMENT, INC.



1629 K St. Suite 300 NW
Washington DC 20006

A 501C3 Non-Profit Corporation

PROVIDING USEFUL SOLUTIONS FOR TODAY'S URGENT NEEDS

## Bilal Ali – Maryland State Delegate
Nationally broadcasted conference on Combating Violent Extremism



( (301) 992-4279   info@hopemgmt.org   www.hopemgmt.org