Honorable Chief Judge Christopher Conner
United States District Court For the
Middle District of Pennsylvania
228 Walnut Street,
Harrisburg, PA 17101



EXHIBIT

**1A**

Re: Letter of Support for Jalil Aziz

My name is Shahidah Aziz, Jalil Aziz's older sister. I currently work as a New York city Correctional officer on Rikers Island as well as published poet who performs all around the New York Tri-State area. My brother is currently being charged with ...

Being a New York Correctional Officer myself, I have an inside view of the different types of inmates that come in and out of prison. Aside from the 20 year veteran, the "let's look for a lawsuit type", and the "I just murdered my whole family inmates". There is a small portion of the inmate population that I find very sad, the inmates that have done small petty crimes such as jumping the turn stile or jay-walking.

These inmates get arrested then receive a court date three months later. Upon arrival of that court date, their lawyer does not show and their next court date is setup for 6 months later.

In the meantime, the once barely criminal minded person is experiencing survival 101. How to get by when surrounded by different gangs. How to adjust to being told when to sleep, what time to eat, and knowing that everything you do is being seen by others, even using the bathroom.

This sadly is how I see my little brother, except he never knew freedom. His life was a procession of situations, where isolation and mental abuse was his birth sentence. Crimes like not handling being yelled at and being called stupid at 8 years old with poise and grace resulted in punishment. For not pretending that being kept in the house day in and day out, and being made to clean all the time at 10 years old was a wonderful thing, came punishment. That studying Islam none stop, all day every day without a balance of outside activities, friends, or even other teacher is outside of the question. Being a well-trained pet to Mom meant knowing better that to ever even think of asking for more than what was given. Otherwise punishment.

The punishments varied. Playing too long on the PlayStation I brought him without asking permission, meant having it taken away indefinitely. You see, Jalil's Mommy, needed all the attention to be on her at all times. All pets, cats and humans alike living under her roof, must pay homage to the ruler every second of every day. That meant shear and utter obedience. If not tidal waves of destructive warring to the point of wall shaking would come to pass. Continuously annihilating every ounce of self-esteem, self-worth, and individuality. It wasn't just the constant screaming and berating that he was exposed to. It was being slapped and humiliated and told how stupid he was.

So the envy projected on to the PlayStation, the inanimate object that dared to compete for her attention, must go. Jalil playing PlayStation for 15 minutes, 30 minutes, or an hour didn't matter; it wasn't about the time. That time slot, every time slot was all for Mommy.

Over the next year I would have given my little brother another PlayStation. Asking what happened to the first one never got answered. In less than a year, the second PlayStation was taken away with no explanation as to why. No school, no TV, no playing outside, no fun, no one...no life. Just Mommy.

Other punishments included paying Mommy out of his barely there allowance, for whatever imaged slight she thought of.

Within the same year that the second PlayStation was taken away, my offer to purchase my little brother a cell phone was agreed to. A sixteen-year-old that never graduated from any school, had no idea how to ride a bike, and had the social skills of an eleven-year-old, now had a phone. A whole new world. A world where he can meet and talk to other people. A world where he could be seen. A world where he was connecting on the only subject he'd ever been taught, Islam.

I remember our mother. I remember the embarrassment and the beatings. Having to go right to work after one and pretending like it didn't happen. The egg shell walking and the paying her for everything and having any little thing taken away for any reason.

While working and going to high school, sometimes I couldn't even get my hair done because I owed my mother for not putting the dishes away properly.

I knew what my little brother was going through. I was rarely allowed to speak to him and when I did, it was always in front of our mother, even our phone conversations were on a speakerphone. I knew it was on speaker because sometimes I would ask him a question and she would answer. I was not allowed to have a relationship with him and he wasn't allowed to have a relationship with anyone.

I left home at seventeen because I couldn't take it. In my mid-twenties, I promised myself I would go back and get him. Save him. Save my little brother. But that time never came. That is my failure and embarrassment as a sister. So here is my last chance at redemption. My last opportunity to rescue an inmate who was sentenced to a life with a guardian who destroyed him.

I am here before you now, begging you, pleading with you, to please not see my little brother as just another terrorist who deserves to rot in jail. I am earnestly requesting that when considering his sentence, to see him as an emotionally crippled young man, who only jumped the turn stile.


Sincerely,

Shahidah Aziz
119 Orient Ave Apt 3,
Jersey City, NJ 07305