Date: March 5, 2012

To: My Noble Mother



**EXHIBIT**

**18**

As-Salaamu 'Alaiykum wa rahma tuallahi wa barakatu,

Hey Mommy? How are you? I pray this letter reaches you in the best of health and emaan. I would like to begin this letter with a fews ayyats from the Quran. As Allah says in his Noble book which is free from all imperfections in Surah 2:86: *"And (remember) when We took a covenant from the Children of Israel, (saying): Worship none but Allâh (Alone) and be dutiful and good to parents..."*, Allah also so said in Surah 4:36, *"Worship Allâh and join none with Him in worship, and do good to parents..."*, and lastly Allah also says in Surah 6:51 *"Say (O Muhammad SAW): "Come, I will recite what your Lord has prohibited you from: Join not anything in worship with Him; be good and dutiful to your parents".*

All those ayyats are beautiful and show the status parents have in this religion. Based on the ayyats alone I wanted to apologize again for the yelling and screaming that occurred this past night. These actions are not in line with how a Muslim should act and I ask Allah to forgive me and for your forgiveness as well.

Allah also say's in Surah 4:135 *"O you who believe! Stand out firmly for justice, as witnesses to Allâh, even though it be against yourselves, or your parents, or your kin, be he rich or poor, Allâh is a Better Protector to both (than you). So follow not the lusts (of your hearts), lest you may avoid justice, and if you distort your witness or refuse to give it, verily, Allâh is Ever Well Acquainted with what you do".*

My beautiful Mommy, only Allah knows the conversations we've had in private and in secret with no one else there to record our statements but the Angles. I may want a particular closeness with you but part of passing through this dunya is being content with what Allah has given you for all avenues. Therefor I accept you for who you are and will not try to change you. I accept my family whom they are and I accept what Allah has written for me.

I won't ever bring up what discussed this evening again to you. Indeed Allah is the organizer of all affairs and the grantor of Allah bounty.

Your Son,

Ibrahim Ibn Abdullah Aziz