**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | No. 1:15-cr-00309 |
| | : | Judge Christopher C. Conner |
| **JALIL AZIZ,** | : | Electronically Filed |
| **Defendant.** | | |

## MOTION TO SUBMIT ADDITIONAL EXHIBITS IN SUPPORT OF JALIL AZIZ'S SENTENCING MEMORANDUM

AND NOW, this 26th day of September, 2017, comes the defendant, JALIL AZIZ, by and through counsel, submits the following additional exhibits in support of his sentencing memorandum submitted on September 25, 2017.

1. Exhibit 1C, Letter of support from Structures Unlimited Re Potential Employment for Mr. Jalil Aziz.

2. Exhibit 1D, Letter of support from Dr. Baker (de-radicalization expert and Director of Counter-Radicalization and Counter-Extremism at the TAM Group).

3. Exhibit 1E, Recommendation letters for H.O.P.E. Diversified Management.

Respectfully submitted,

Jalil Ibn Ameer Aziz
By Counsel

Dated: September 26, 2017

/s/ William J. Fulton
William J. Fulton
*Local Counsel for Bernard S. Grimm*
106 Walnut Street
Harrisburg, PA 17101
Ph. (717) 233-5133
Fax (717) 232-2559
PA. ATTY ID #25457
Bfulton138@aol.com

<u>/s/ Bernard S. Grimm</u>
Bernard S. Grimm
*Counsel for Jalil Aziz*
409 7th Street NW, Suite 300
Washington, D.C. 20004
Ph. (202)-464-6333
Fax. (202)-747-5366
DC ATTY ID #378171
bgrimm@grimmlawdc.com


Cc:

AUSA Daryl Bloom
U.S. Attorney's Office
P.O. Box 11754
Harrisburg, PA 17108