

EXHIBIT 1C

Honorable Chief Judge Christopher Connor
United States District Court For the
Middle District of Pennsylvania
228 Walnut Street,
Harrisburg, PA 17101

**<u>Re: Letter of Support and Potential Employment for Mr. Jalil Aziz</u>**

Dear Honorable Judge Connor:

I pray that this email finds you in the best of health and spirit. My name is Kareem Abdus-Salaam. I am the Managing Member for Structures Unlimited, LLC., a successful real estate development and management corporation. By way of background, I started my career by serving as Executive Vice President of Capital Care Incorporated (CCI), which was headquartered in Washington, DC. CCI was a non-traditional innovative Correctional Care Services Company, where we provided transitional housing, substance abuse and mental health facilities. This experience led to my direct involvement, at that time, in the operating and managing the largest Electronic Monitoring Home Detention program in the nation that was located in Cook County, Illinois.

Here I developed the program from its inception and had immediate oversight of the project and was responsible for the financial and operational management of the $10.2 million-dollar program. Over the past 20 years, I have successfully managed a broad range of residential development and construction projects such as the 400+ bed, state-of-the art residence facilities at Bowie State University and North Carolina Central University, Thompson Estates, a $45 million, 212 unit planned community on a 73-acre tract in Prince George's County, Maryland. In addition, provided construction management services for a specialized commercial development project like the $62 million Sweetheart Cups corporate headquarters in Baltimore County, Maryland. Currently, I am a development partner in two (2) major Gateway Arts District projects along US Route 1 in Maryland both with a total value of $85 million dollars.

As someone who is very accomplished I understand the value of second chances. The thesis for my Master's Degree in Human Services from Lincoln University was, "The Effects of independent Living Skills Training Program on Working Homeless Families.

**11703 Silvercreek Court Suite 101 Bowie, Maryland 20720-3474 301.262.8333 (Ofc) 202.528.5122 (Mobile)**

Honorable Judge Connor
September 19, 2017
Page Two

More succinctly I was provided a second chance for the criminal activity that I was engaged in for the better part of my adolescence (please see the attached NY Times article entitled, A County Legislator and Son Offer Advice to Troubled Youth, 1/1/1995).

When an individual is released from incarceration his or her support system is crucial to helping them reestablish themselves and prevent recidivism. In Jalil Aziz's case, he will need specialized assistance for both his mental health and his confusion regarding the teachings of Islam. As a close friend of his brother Ibrahim Aziz, who is an Executive Board Member of The TAM Group and an active participant in the Muslim community, we are dedicated to assisting Jalil Aziz recover from the years of educational neglect, emotional abuse and stifled individual growth.

As part of that re-integration process, we are committed to having a job ready and waiting for Jalil when he is released from prison. As a young man whose father was an influential Westchester County Legislator in New York, I had a support system and providers who showed me the value and benefit of hard work. Jalil Aziz has never had a job and part of his transition into manhood is taking responsibility for his actions and working hard to reform himself.

Ibrahim Aziz and I have discussed his situation numerous times and each time we come away understanding the enormity of the challenges Jalil Aziz faces. However, with our dedicated team, we are committed to seeing Jalil Aziz take responsibility for his mistakes, learn new skills and take full control of his life. The job I will provide Jalil Aziz will help him earn a living, become independent and will help him to slowly be freed from the shackles of his childhood and influence of his parents.

I look forward to working with Jalil Aziz and watching him transition, grow and become a productive member of society. If you have any additional questions or need further information please do not hesitate to contact me.

Respectfully submitted

Kareem Abdus-Salaam
Managing Member

Case 1:15-cr-00309-CCC   Document 136-1   Filed 09/26/17   Page 3 of 5
A County Legislator and Son Offer Advice to Troubled Youths - NYTimes.com.pdf
Saved to Dropbox • Aug 14, 2016, 2:39 PM

HOME PAGE | TODAY'S PAPER | VIDEO | MOST POPULAR | U.S. Edition ▼

SUBSCRIBE NOW | Log In | Register Now | Help

**The New York Times**

# N.Y. / Region

Search All NYTimes.com

WORLD | U.S. | N.Y. / REGION | BUSINESS | TECHNOLOGY | SCIENCE | HEALTH | SPORTS | OPINION | ARTS | STYLE | TRAVEL | JOBS | REAL ESTATE | AUTOS

# A County Legislator and Son Offer Advice to Troubled Youths

By KATE STONE LOMBARDI
Published: January 1, 1995

HAWTHORNE— TWENTY years ago, when 15-year-old Michael Keith first entered the gates at Hawthorne Cedar Knolls, a residential-treatment center for troubled adolescents here, he was a drug-abusing rebel with a history of severe emotional and behavioral problems. His youthful exploits -- by his own admission -- included robbery, drug sales and arson.

Two decades later, he re-entered those gates, now as Kareem Abdus-Salaam, a name he took on converting to Islam, and as the owner of a successful business in constructing affordable housing and parking structures.

Mr. Abdus-Salaam returned to the treatment center to speak to current students about how he had escaped the trouble that consumed his youth. On neither visit did he enter the gates alone. Both times, Mr. Abdus-Salaam was accompanied by his father, Herman Keith, Democrat of Yonkers and the minority whip on the County Board of Legislators.

Mr. Keith, who would later that day attend a reception at the White House, recalled his despair two decades earlier, when he "came to this institution because I had a son who was raising hell in the Yonkers school district, acting out every day."

On this day last month, he spoke of his pride in his son. "It's a special day for me to have him come talk to you because he was here like you," Mr. Keith said when introducing his son. "I love him very much -- my son, Kareem."

The father and son, who bare a striking resemblance to each other, shared a bear hug. But despite the similarities in physical appearance, the tone of the message each gave to the adolescents was markedly different. Mr. Keith was avuncular and gentle, describing his upbringing in a coal-mining town in Alabama and his desire to help people through his political career. He called the group of teen-agers -- who ranged in age from 14 to 18 -- "children" and told them that they could be anything they chose to be.

Mr. Abdus-Salaam, in contrast, began his talk by lightly chiding his father for the euphemistic description of the teen-age behavior that landed young Michael Keith at Hawthorne Cedar Knolls.

The school, which currently treats 114 emotionally disturbed boys and girls, is part of the Westchester campus of the Jewish Board of Family and Children's Services, a New York City-based voluntary mental-health and social-service agency. "It was a little more than acting out, Dad," Mr. Abdus-Salaam began. "For starters, I was a pyromaniac." His tone then became curt as he turned to the teen-agers and told them that he would tolerate no disrespect from them. No one, he attempted to establish early on, was any tougher or wilder than he had been.

"When I came here in 1974, I had gotten kicked out of Anders Children's Home because I helped burn it down," he said. "I've been on more Thorazine or Haldol or any other drug

FACEBOOK
TWITTER
GOOGLE+
EMAIL
SHARE
PRINT
REPRINTS

MOST EMAILED | RECOMMENDED FOR YOU

1. Hillary Clinton's Edge in a Donald Trump-Centric Race Has Liberals Wary

2. TAKING NOTE
What Made Two Republican Women Back Hillary Clinton

3. ABROAD IN AMERICA
American Muslims and the Politics of Division

4. LETTER FROM WASHINGTON
For Trump, Pennsylvania Is a Crucial Battleground

5. A 'Super Pac' Targets Hillary Clinton's Wealthy Connections

6. MAUREEN DOWD
The Perfect G.O.P. Nominee

7. OP-ED CONTRIBUTOR
Q. & A. With Michael Morell: Why I'm Endorsing Hillary Clinton

8. Morning Agenda: Clinton Calls Trump the Enemy of the 'Little Guy'

9. Stress Over Family Finances Propelled Hillary Clinton Into Corporate World

10. EDITORIAL
An Even Stranger Donald Trump

Log in to discover more articles based on what you've read.

Log In | Register Now | What's This? | Don't Show

than you all ever have. I've probably smoked more reefer and snorted more cocaine than anyone here. I've sold more drugs on campus than anyone here."

Mr. Abdus-Salaam said that when he first came to Hawthorne Cedar Knolls, he hated it. He said that he wanted to destroy anything that represented the establishment, that he had a complete disdain for authority and that the only people he respected were his peers "because they were crazy like I was."

Though he went on to attend Howard University, his problems continued to plague him, he said, until he converted to Islam and gave up drugs.

Mr. Abdus-Salaam wrote two words on the blackboard in capital letters: EGO and FEAR. After dismissing traditional definitions of the words, he suggested that EGO stood for "easing God out" of one's life. "If you don't have a higher being or power in your life, you're not going to be nothing," Mr. Abdus-Salaam said. FEAR, he said, was an acronym for "false evidence appearing real." Ignorance, he told the students, produced fear, whether it was ignorance of algebra or ignorance of how to act in society.

His basic message to the adolescents was that they needed to take charge of their own lives and be receptive to the people that were trying to help them. "You all are in a good position. You don't need to go out and find help. It's here. It doesn't hurt you to try to connect and say, look, I messed up. I need some help."

Mr. Abdus-Salaam told the members of the audience that their problems would not end when they left Hawthorne Cedar Knolls. "It's a lifelong fight, but you've got to make a commitment to deal with your problems. When all is said and done, you've got to do it for yourself."

After he finished speaking, the student audience peppered Mr. Abdus-Salaam with questions. They asked him if he still saw his friends from his wilder days, how his relationship was with his parents today and how he was able to start his own business, which is in Washington. Mr. Abdus-Salaam's appearance at Hawthorne Cedar Knolls was part of the motivational-speakers program that was begun last fall by Eleanore A. Adenekan, coordinator of the Independent Living Program at the center.

"We try to bring in people who will instill some type of hope in them," Ms. Adenekan said. "The program tries to teach self-esteem, and it is based on the belief that young people will make good decisions about their life if they're given help."

At the end of the program, Mr. Keith handed each teen-ager a small lapel button of a golden apple -- the symbol of Westchester county.

"When you look at this, remember the day that someone who was here 20 years ago came back to talk about his experience," Mr. Keith said. "I hope you will say to yourself, 'I can make it, just like Kareem.' "

Ms. Adenekan said that in discussion groups afterward, the young people had responded positively to both men and the different styles of their messages. They appreciated Mr. Keith's encouragement and his gift and also said that it was particularly helpful to hear a tougher approach from someone like Mr. Abdus-Salaam, who had been -- literally -- in their place.

Mr. Abdus-Salaam said that walking through the gates after two decades was an emotional experience. "I looked right up at the school," he said. "I remembered exactly where everything was. It was deja vu. When I walked in the room, I couldn't even sit down. The whole thing seemed unreal." The room in which he spoke to the teen-agers had been his social-studies classroom.

As the father and son prepared to leave together, Mr. Keith commented on speaking publicly about his family's problems. While some political families work hard to present a picture-perfect image of their family life, the County Legislator is more pragmatic.

Case 1:16-cr-00309-UCC Document 186-1 Filed 09/20/17

"Political families are like any other family in America," Mr. Keith said. "We have the same aspirations, the same challenges before us and the same problems. I think we can be more effective when people see that politicians are just normal people -- no different than any other family."

Photo: County Legislator Herman Keith talks to students about his son at Hawthorne Cedar Knolls. (Chris Maynard for The New York Times) (pg. 1); Kareem Abdus-Salaam tells students to dismiss the traditional meaning of the word fear. (Chris Maynard for The New York Times) (pg. 4)