

EXHIBIT 1D

Honorable Chief Judge Christopher Conner
United States District Court For the
Middle District of Pennsylvania
228 Walnut Street,
Harrisburg, PA 17101

Re: Letter of Support for Jalil Aziz

I am writing on behalf of the TAM Group to introduce and outline the professional services that will be afforded to Jalil post sentencing.

The TAM group was established in 2014 with a remit to effectively combat violent radicalization and extremism using a comprehensive but tested and codified deradicalization program. Based upon my youth intervention initiative – Strategy To Reach Empower & Educate Teenagers (STREET UK) – TAM has adapted particular frameworks to fit within the US context.

The team is therefore equipped with the requisite expertise and experience to accommodate Jalil's socio-religious, mental health and transitional service requirements. We have mental health experts on our team such as Mujahid Muhammd who is the Director of Mental Health and Assessment of The TAM Group and a certified clinical therapist with a Masters Degree in Social Work. He operates K.E.Y.S Development, a certified mental health agency a mental health facility in Baltimore Maryland

Our robust assessment framework will provide various analytical data based on frequent reports that will examine the different levels of engagement and counseling provided. These will be made available alongside other supporting research or data during the rehabilitative stages.

I have attached my biography and CV for reference should you require any more information pertaining to the nature of my work. You will see that I was officially appointed as an expert witness in the case of the US vs. Jamie Paulin-Ramirez and am therefore conversant with aspects of US law and how this contrasts with the UK legislative structure. Nevertheless, the remaining TAM team members are familiar and possess expertise in this field. They are therefore suitably placed to embark upon a rehabilitative program that ensures Jalil receives essential counseling and engagement.

Yours faithfully,

Dr. Anthony (Abdul Haqq) Baker MBA[Education], PhD
Executive Board Member and
Director of Counter-Radicalization & Counter Extremism
The TAM Group
www.thetamgroup.org



1629 K street Suite 300
Washington DC 20006

info@thetamgroup.org
www.thetamgroup.org



1629 K street Suite 300
Washington DC 20006

### Biography of Dr. Anthony [Abdul Haqq] Baker

Dr. Anthony (Abdul Haqq) converted to Islam in 1990 and, after working in the legal profession for ten years, transferred his focus to community leadership and educational management following his appointment, in January 1994, as Chairman of the Brixton Mosque and Islamic Cultural Centre.

During his fifteen year tenure as chairman, up until January 2009, his community work included the acquisition of the mosque premises, 1 Gresham Road in March 1998 as well as the establishment of the community's first registered independent Muslim primary school, Iqra Independent, in Brixton. His work in this field led him to embark upon a Masters of Business Administration Degree in Education (MBA [Ed.]) in 1995 to examine the apparent variance in government policy between Muslim and other, more mainstream religious denominations', education. His final thesis, entitled: 'The Significance of State Funding for Muslim Education in Britain' highlighted the results of his research around what was considered to be a very topical issue where research was established to be minimal.

Following the terrorist attacks of 9/11, Brixton Mosque became the focus of much media attention due to the attendance of individuals lured away into extremism and attempted terrorist actions; Richard Reid (aka the 'shoe bomber') and Zacarius Moussaoui (the 20th 9/11 hijacker). Abdul Haqq knew both individuals and, through a series of interviews over the years, has highlighted how susceptible young British Muslims have been to extremist propaganda. He is widely considered as a leading authority on processes of violent radicalisation and extremism in the UK and remains at the forefront of many of the challenges facing British Muslims today.

His strategic focus continues to be centred on helping young Muslims understand how best to contextualise and practice their faith as British Muslims within society today. In March 2007 he began an intervention initiative called 'Strategy To Reach Empower & Educate Teenagers (STREET) which targeted Muslim youth deemed vulnerable. This programme was cited by the Department of Communities and Local Government (DCLG) and British think tank DEMOS, among others, as a model case study. Its effective approach towards youth engagement and intervention led to it winning a government award for being the most innovative youth programme in 2008. Endorsement for this initiative has also been received by renowned religious figures from Muslim societies.

His work continues to involve him travelling internationally to attend and deliver lectures, seminars and workshops. He worked for two years as a part-time lecturer in the International Relations Department at the University of St. Andrews (February 2010 – September 2012) and as a Research Fellow for the University of Exeter's European Muslim Research Centre (EMRC) from November 2009 to August 2010. His PhD research at Exeter (he graduated in 2010) examined whether Muslim converts were more vulnerable or in contrast, more effective in addressing the challenges of violent radicalisation in the UK. This work was subsequently published under the title 'Extremists in Our Midst: Confronting Terror' (Palgrave MacMillan, July 2011).

📍 1629 K street Suite 300
Washington DC 20006        ✉ info@thetamgroup.org
                           🌐 www.thetamgroup.org



THE TAM GROUP
Rectifying Extremist Ideologies

**In 2010 Abdul Haqq was requested to act as an expert defence witness in the internationally publicised case of USA vs. Jamie Paulin-Ramirez, the American convert accused of being part of a conspiracy to murder Lars Vilks – the Danish cartoonist who depicted prophet Mohammed in a Swedish newspaper. He provided expert testimony regarding Paulin-Ramirez's vulnerability and subsequent resilience to radicalisation based on his interaction with her during the trial on 8th January 2014.**

He has also acted as Editor in Chief of the Centre for Pakistan and Gulf Studies' (CPGS) inaugural journal, Foresight: Global Challenges and Strategies' (August 2013), and served as a de- and counter-radicalisation expert for this non-partisan think-tank. In September 2014, he joined Kingston University, UK as a Visiting Senior Research Fellow after introducing a new project – the Youth Engagement & Research Hub (YEAR) - under the Centre for Research on Communities, Identities and Difference (CresCID) within the Department of Criminology and Sociology at Kingston University.

**Bibliography**

Conferences post 2005:

i. Wilton Park Conferences of March 2006 (Key note speaker) and February 2007

ii. DEMOS Conference (December 2006)

iii. RCMP conferences and seminars, Canada, 2007,

iv. Demos, GFF and UK Cabinet Office's 'Responding to Radicalisation' Conference, January 2008, Oxford

v. ACPOS Counter terrorism conference, Scotland, February 2009,

vi. Capita Preventing Violent Extremism Conferences, April 2009 & September 2010.

vii. International conference on Islamic Education in Public schools, The Hague, July 2009

viii. National Security: American Muslims and US Government Relations (Key note speaker) February 2010, Washington DC

ix. Counter Terrorism Implementation Task Force (CTITF) UN conference January 2011 Riyadh, Saudi Arabia:  The Role of the Internet in Combating Terrorism

x. Special meeting of the Counter-Terrorism Committee with international, regional and subregional organizations on prevention of terrorism,19-21 April 2011, Strasbourg

xi. The Paley Center for Media and Women Without Borders seminar: 'Can Mothers Stop Terrorism?' 8th November 2011, New York



1629 K street Suite 300
Washington DC 20006

info@thetamgroup.org
www.thetamgroup.org



THE
TAM GROUP
Rectifying Extremist Ideologies

xii. National Imams' Consultative Forum, University of Melbourne, National Centre of Excellence for Islamic Studies, Australia, 20th-21st April 2013

xiii. University of St Andrews Postgraduate workshop: Effective Engagement – Deconstructing the Extremist Narrative, 11th March 2014, Scotland.

**Publications/articles:**

1. **Release date 2016:** Co-authored chapters with Sadek Hamed et al, 'Young British Muslims: Between Rhetoric and Real Lives,' Ashgate, publishing date 2016.

2. **August 2013:** Editor in Chief for 'Foresight, Global Challenges and Strategies' Inaugural edition, Centre For Pakistan and Gulf Studies

3. **19th August 2013:** The Guardian, 'Islam's ability to empower is a magnet to black British youths': http://www.theguardian.com/commentisfree/2013/aug/19/islam-empower-magnet-black-british-youths

4. **31st May 2013**: The Guardian, 'Young British Muslim Converts need support to prevent another Woolwich': http://www.guardian.co.uk/commentisfree/2013/may/31/young-muslim-converts-support-prevent-woolwich

5. **May 2012:** Co-authored chapters with Doctors Basia Spalek, Salwa El-Awa and Laura McDonald: Counter-Terrorism: 'Community-based Approaches to Preventing Terror Crime,': http://www.amazon.co.uk/Counter-Terrorism-Community-Based-Approaches-Preventing-ebook/dp/B008AG50VK/ref=sr_1_3?ie=UTF8&qid=1370726641&sr=8-3&keywords=basia+spalek+community

6. **July 2011:** 'Extremists in Our Midst: Confronting Terror,' Palgrave MacMillan: http://www.palgrave.com/products/title.aspx?pid=500993  & http://www.amazon.com/Extremists-Our-Midst-Confronting-Challenges/dp/0230296548/ref=sr_1_1?s=books&ie=UTF8&qid=1315052039&sr=1-1

7. **2010:** Co-authored report with Dr. Jonathan Githens-Mazer, Dr. Robert Lambert, Safiyah Cohen-Baker and Zacharias Pieri: 'Muslim Communities Perspectives on Radicalisation in Leciester, UK'; Centre for Studies in Islamism and Radicalisation (CIR), Department of Political Science, Aarhus University, Denmark: http://cir.au.dk/fileadmin/site_files/filer_statskundskab/subsites/cir/pdf-filer/Rapport4_UK_rev_jgmFINAL.pdf

8. **2009:** Co-authored chapter with Doctors Basia Spalek and Robert Lambert: 'Minority Muslim Communities and Criminal Justice: Stigmatised UK Faith Identities Post 9/11 and 7/7,' in: H. Singh Bui (ed) *Race and the Criminal Justice System* London: Sage:

1629 K street Suite 300
Washington DC 20006

info@thetamgroup.org
www.thetamgroup.org



## THE
# TAM GROUP
### Rectifying Extremist Ideologies

http://www.amazon.co.uk/Race-Criminal-Justice-Hindpal-Singh/dp/1412945550/ref=sr_1_16?ie=UTF8&qid=1370726858&sr=8-16&keywords=abdul+haqq+baker

9. **September 2008:** 'A view from the inside': Centre for Crime and Justice Studies, Crime Matters, Issue 73

---

### Curriculum Vitae of Dr. Anthony Baker

| Name: | Dr. Anthony BAKER (aka Abdul Haqq) | Telephone: | +966 12 271 9871 |
|---|---|---|---|
| | | Mobile: | +966 56 000 4050 |
| Date of birth: | 10th January 1966 | Email: | ahbaker66@gmail.com |
| Sex & Status: | Male, Married | Nationality: | British |
| Address: | Rawdah Street (East) Safa District, Jeddah, Saudi Arabia | Religion: | Islam |
| | | Websites: | |
| LinkedIn profile | https://sa.linkedin.com/in/anthony-abdul-haqq-baker-aa4384a4 | | www.abdulhaqqbaker.com www.streetuk.org |

### Education

| From | Until | Institution attended |
|---|---|---|
| 11/05 | 11/09 | Exeter University, Northcote House, The Queen's Drive, Exeter, EX4 4QJ |
| 07/02 | 07/02 | Polyglot Language Centre, London |
| 09/95 | 09/97 | South Bank University, London |
| 09/87 | 02/88 | Institute of Legal Executives, Kempston, Bedford |
| 09/82 | 06/84 | Carshalton FE College, Nightingale Road, Surrey |
| 09/77 | 06/82 | John Griffiths R C School, Princes Way, Wimbledon, SW19 |

### Qualifications

| Date | Subject | Level | Award / Grade |
|---|---|---|---|
| 2010 | Doctorate in Political Studies | PhD | Award of Doctorate Degree |
| 2002 | CELTA – Cambridge English Language Teaching to Adults | English as a Foreign Language | Commendation: Grade B pass |
| 1999 | Masters of Business Administration degree in Education - MBA [Ed] | Postgraduate degree | Commendation: Award of MBA [Education] |
| 1988 | Law, Part 1 | Year 1 Institute of Legal Executives Exams | Commendation - equivalent to 'A' level law |
| 1982 | English Language | GCE 'O' Level | C |
| | English Literature | GCE 'O' Level | A |
| | Biology | GCE 'O' Level | B |
| | Chemistry | GCE 'O' Level | C |
| | Religious Education | GCE 'O' Level | C |





THE
## TAM GROUP
Rectifying Extremist Ideologies

## Career Profile

My initial career in the legal profession led to the development of marketing, as well as managerial skills. As a fee earner one of my roles was to introduce new clientele to the firms. Clients often included the very wealthy Lloyds insurance syndicates that operate in the UK (Liddell Zurbrugg) to those from various social/cultural backgrounds who found themselves facing problems with the law (Raja & Partners).

## Academia

My ability to communicate with people led me to develop my skills even further by embarking on a Masters of Business Administration degree in education (MBA [Ed]). This Masters degree focussed on all levels of senior management, including both theory and practice related to education. Having successfully completed the postgraduate degree, I decided to shift my focus to education specifically and have been actively involved in this fundamental area of importance to date. My community experiences and involvement in faith and identity related issues enabled me to embark on a PhD in Political Studies with specific focus on violent radicalisation among young Muslims – converts in particular. My successful research resulted in publishing an amended version of my PhD with Palgrave MacMillan.

## Community & Outreach Initiatives

The opportunity to establish my own business, (Al-Anssar), which concentrated on consultancy as well as being an information/resource based educational centre, permitted me to utilise all the skills and experience gained throughout my working and academic career. The organisation was unique in its focus on providing educational research and resources to schools, colleges and universities, as well as delivering lectures, seminars and workshops on a variety of topics related to western society and Islam. I have lectured and taught in the above mentioned institutions for over 20 years and am regularly invited to hold assemblies, classes and lessons with students of all ages. I currently remain involved in community and charitable work, participating in workshops, seminars and conferences in the UK and, occasionally abroad.

In March 2007 I started a youth outreach organisation called Strategy To Reach Empower & Educate Teenagers (STREET) which engages with young Muslims considered susceptible to violent extremist propaganda. The success of STREET has been such that it received the government's Preventing Violent Extremism (PVE) Award in February 2009 for being the most innovative youth initiative in the UK.

## Practitioner experience and expertise in the counter radicalisation field

My 15 year tenure as chairman of Brixton Mosque provided invaluable experience and insights into the counter extremist field. This has enabled me to participate and lecture at various national and international conferences, seminars and workshops, highlighting the work and expertise of STREET. Such events include the following:

1.    Wilton Park Conferences of March 2006 (Key note speaker) and February 2007
2.    DEMOS Conference (December 2006)
3.    RCMP conferences and seminars, Canada, 2007,
4.    Demos, GFF and UK Cabinet Office's 'Responding to Radicalisation' Conference, January 2008, Oxford
5.    ACPOS Counter terrorism conference, Scotland, February 2009,
6.    Capita Preventing Violent Extremism Conference, April 2009 & September 2010.
7.    International conference on Islamic Education in Public schools, The Hague, July 2009
8.    National Security: American Muslims and US Government Relations (Key note speaker) February 2010, Washington DC
9.    Counter Terrorism Implementation Task Force (CTITF) United Nations (UN) conference January 2011 Riyadh, Saudi Arabia: The Role of the Internet in Combating Terrorism
10.   Special meeting of the Counter-Terrorism Committee with international, regional and sub-regional organizations on prevention of terrorism,19-21 April 2011, Strasbourg
11.   'Political Transitions, Policing and Counter-Terrorism: power, partnership and community' ESRC funded international conference July 27th & 28th 2011, University of Birmingham, UK.
12.   'Can Mothers Stop Terrorism?' The Paley Center for Media & Women Without Borders, November 2011, New York
13.   National Imams' Consultative Forum, University of Melbourne, National Centre of Excellence for Islamic Studies, Australia, 20th-21st April 2013
14.   University of St Andrews Postgraduate workshop: Effective Engagement – Deconstructing the Extremist Narrative, 11th March 2014, Scotland.

 




THE
## TAM GROUP
Rectifying Extremist Ideologies

| Career history | | |
|---|---|---|
| **Dates** | **Position** | **Employment details** |
| 03/2015 to present | Consultant Expert | The Tam Group, 1269 K Street, NW Suite 300, Washington DC 20006, USA<br><br>As part of a team of academics, experts and practitioners, I am responsible for introducing policies, programmes and frameworks that are tailored to effectively tackle and counter violent extremism alongside addressing the contributory causes of radicalisation.<br><br>My UK experience and perspective enables me to provide unique insights regarding processes of radicalisation, and share best practice models, tailored for various US contexts.<br><br>I also contribute academic papers and articles, maintaining the organisation's emerging presence and expertise in the counter radicalisation field.<br><br>Website: https://thetamgroup.org |
| 09/2014 to 01/2015 | Visiting Senior Research Fellow | Kingston University, Penrhyn Road, Kingston upon Thames, Surrey KT1 2EE<br><br>My duties involved:<br><br>• Networking with key research, policy and other institutions internationally in order to create exciting research, consultancy, enterprise and other collaborations for YEAR and CResCID.<br>• Utilising my extensive professional experience in working with young people in order to create educational, research and other initiatives involving undergraduate and postgraduate students at Kingston University.<br>• Working on research projects being funded at YEAR and CResCID.<br><br>The main objectives for my role were to enable:<br><br>• Research, policy and practice collaborations with international partners that would lead to initial funding for projects long term sustainable funding for the YEAR hub.<br>• Educational projects involving Kingston University students.<br>• Involvement in research projects.<br>• Research publications. |



📍 1629 K street Suite 300
Washington DC 20006

✉ info@thetamgroup.org
🌐 www.thetamgroup.org



| | | |
|---|---|---|
| 06/2013 to 07/2014 | **Expert Adviser for de- & counter-radicalisation** **Also,** **Editor in Chief for 'Foresight: Global Challenges and Strategies' quarterly journal** | **Centre for Pakistan and Gulf Studies Think-Tank, 101 Silver Oaks, F-10, Islamabad, Pakistan:** http://cpakgulf.org/ CPGS is a non-partisan platform established to undertake studies, policy research, advocacy and consultancy to enhance understanding and relations in diverse fields between Pakistan and the Gulf countries. The Centre has been instituted to harness mutual potential for cooperation to attain peace, security, economic development and to asses emerging trends and to devise strategies for possible future challenges. Among the institution's objectives is to promote regional harmony, global peace, security and stability by making substantive intellectual, academic and diplomatic contribution. |
| 03/2007 to Present | **Founding Director** | **Strategy To Reach Empower & Educate Teenagers (STREET) UK Ltd. 8-10 Wynne Road, London SW9 0BB** The concept of STREET was developed in May 2006 and registered as a limited company in March 2007. It was established as a result of my identifying an increasing gap between statutory agencies and youth organizations so far as Muslim youth engagement was concerned. STREET is an organisation geared towards fostering social development amongst the youth. In enabling them to learn and develop an understanding of the society they live in, youth are able contextualise how to integrate the various social and religious dynamics that exist within today's diverse multi-cultural societies. The organisation received a prestigious government award in 2009 for its innovative approach towards youth intervention in London, UK and has been commended by international bodies like the UN Security Council for its work. Award details: http://www.lambeth.gov.uk/NR/exeres/1403FE55-885D-4D21-BEB3-C492A146E907.htm Case study: http://www.fourthfreedomforum.org/news/publications/strategy-to-reach-empower-and-educate-teenagers-street-a-case-study-in-government-community-partnership-and-direct-intervention-to-counter-violent-extremism/ |


 



| | | |
|---|---|---|
| 09/2010 to 01/2014 | Consultant & Expert witness | The Law Office of Jeremy H. Gonzalez Ibrahim, 1631 Baltimore Pike, Chadds Ford, Pennsylvania, USA<br><br>This law firm requested I consult and act as an expert witness for the defence in criminal proceedings relating to the *United States vs. Jamie Paulin Ramirez*, case number 10-123, a high profile case of an American Muslim convert, based on my practitioner experience and academic insight into processes of radicalisation among converts in the West. A US District court order was subsequently issued acknowledging my position, enabling me to travel in November 2011 to meet the defendant, her lawyer and members of the prosecution team. I provided expert evidence and a post-conversion profile of Paulin-Ramirez at her sentencing hearing on 8th January 2014. |
| 02/2010 to 09/2012 | Lecturer in Terrorism Studies (Part-time) | University of St. Andrews, International Relations Department (CSTPV), The Old Burgh School, Abbey Walk, St. Andrews, Fife, KY16 8LB, Scotland, UK<br><br>I delivered tutorials and lectures to a range of students from professional, academic and security backgrounds as part of a Master's Degree (MLitt) programme in the International Relations Department of the University. My role also included supervisory responsibilities for final year students as they prepared and completed their dissertations. |
| 11/2009 to 08/2010 | Research Fellow | European Muslim Research Centre (EMRC) Exeter University, Exeter University, Northcote House, The Queen's Drive, Exeter, EX4 4QJ<br><br>I contributed to and was involved in various research projects relating to the challenges relating to Muslims in Europe as well as those faced by European Converts. One such research project which was published is: Muslim Communities Perspectives on Radicalisation in Leicester, UK by the Centre for Studies in Islamism and Radicalisation (CIR), Department of Political Science, Aarhus University, Denmark, 2010, Co-authored report with Dr. Jonathan Githens-Mazer, Dr. Robert Lambert, Safyah Cohen-Baker and Zacharias Pieri. |
| 01/1994 to 01/2009 | Community leader & Chairman | Brixton Mosque & Islamic Cultural Centre & Charitable Trust, 1 Gresham Road, London, SW9 7PH<br><br>Management at strategic and operational levels to ensure that the charity's short and long term objectives were being fulfilled. The larger part of my position involved developing effective marketing strategies to promote the charity globally. I was responsible for steering the community through the difficulties faced following the 9/11 attacks, especially in view of the revelation that two individuals had previously frequented the mosque prior to their pathway to violent radicalisation. The Mosque rapidly gained recognition as one of the few institutes that has been effectively combating violent extremism since the early 1990s. |

 1629 K street Suite 300
Washington DC 20006

 info@thetamgroup.org
www.thetamgroup.org




THE
## TAM GROUP
Rectifying Extremist Ideologies

| | | |
|---|---|---|
| 02/2001 to 9/2002 | Higher Executive Officer (HEO) | **Department for Education & Skills (DfES), Caxton House, 6-12 Tothill Street, London SW1 9NA**<br><br>My role within this government post was that of middle management within a Division that was involved in developing and implementing key strategic Information Communications Technology (ICT) projects across all sectors of teaching and education in the UK. The objective was to provide teachers and pupils with access to ICT, thereby improving their educational development to new levels of proficiency and excellence.<br>One aspect of my job was to act as Deputy Project Manager (for one year), assuming the position of Project Manager at the final stages of a £15 million pilot scheme.<br>Following my public and much publicised stance against extremism and terrorism in December 2001, the Department stated their unequivocal support for me as a member of the civil service at the time, enabling me more time to continue – part time – with my counter-radicalisation work. I subsequently requested a career break of 2 years to further such work. |
| 02/2000 to 02/2001 | Paralegal | **Raja & Partners, Maddox House, 1 Maddox Street, London, W1S 2QA**<br><br>I was called back to this firm to supervise and prepare the Criminal Department for the Legal Aid Audit and subsequent Franchise. This involved adequate preparation of the existing caseload as well as complying with the Legal Aid Board's Audit requirements. I also introduced new clients to the firm and dealt with casework at both Magistrates and Crown Court levels. Due to my wider community profile, I provided paralegal advice as well as introducing particular high profile Muslim orientated cases to the firm (i.e. the 1995 Newham murder of an African student, Ayotunde Obanui, for which a number of Muslim defendants were accused and subsequently stood trial at the Old Bailey, London). One of the defendants, Umran Qadeer, was represented by this firm. |
| 01/1998 to 09/1999 | Founder & Managing Director | **Al-Ansaar Consultancy Limited, 226 Coldharbour Lane, London, SW9 8SD**<br><br>One of the main functions for establishing this company was to educate children and students in mainstream education about various aspects of Islam. This involved me travelling to schools, colleges and universities throughout the UK to deliver lectures as well as conduct workshops and seminars on Islam. It also included schools visiting the centre for exhibitions and presentations on the religion. The organisation provided Islamic information and research material to such educational institutions so as to assist them with their National Curriculum requirements for Religious Education. |
| 07/1993 to 05/1994 | Legal Administrator | **Islamia Schools Trust, 129 Salusbury Road, London, NW6 6RG**<br><br>I was involved in handling all legal matters on behalf of employers (and associated organisation, i.e. WAQF Al Birr, Manzil, Salafa etc) such as property conveyance, contract negotiation and managing the Personnel Departments of the Primary and secondary schools. I was also involved in the initial preparation to apply for government state funding for the school to become the first Muslim state funded school in the UK. I worked closely with Yusuf Islam (formerly Cat Stevens) on these various projects, culminating in me embarking on a Master's Degree programme in education – MBA [Ed] from 1995 – 97. |



| 06/1986 to 09/1988 | Administrative Officer | **Crown Prosecution Service, Croydon & Wood Green Branches**<br><br>I maintained close liaisons with officers of the courts, police and other CPS branches as well as the general client public. In addition to the monitoring and registration of current cases, I handled telephone calls and correspondence relating to court proceedings. I was also responsible for preparing and delivering the Court List, organising the attendance and remuneration of lawyers and assisting advocate at Court. I acquired extensive experience of the Crown Prosecution Services IBM computer mainframe network. |
|---|---|---|

## Publications & Articles

1. 1st July 2017: Professor Basia Spalek & Dr Abdul Haqq Baker: Perspektif: Musluman Mahkumlara De-Radikalestirme Tedbirleri (The Institutionalism of Islam): http://www.perspektif.eu/2017/07/01/mueslueman-mahkumlara-de-radikalestirme-tedbirleri/

2. 6th June 2017: Middle East Eye, 'The London Bridge Attack: This is not for Allah': http://www.middleeasteye.net/columns/london-bridge-attack-not-allah-1641761999

3. November, 2016: Co-authored chapters with Sadek Hamed et al, 'Young British Muslims: Between Rhetoric and Real Lives,' Ashgate, publishing date 2016: https://www.amazon.co.uk/Young-British-Muslims-Between-Rhetoric/dp/1472475550/ref=sr_1_2?s=books&ie=UTF8&qid=1472246485&sr=1-2&keywords=sadek+hamid

4. August 2013: Editor in Chief for 'Foresight, Global Challenges and Strategies' inaugural edition, Centre For Pakistan and Gulf Studies

5. 18th August 2013: The Guardian, 'Islam's ability to empower is a magnet to black British youths': http://www.theguardian.com/commentisfree/2013/aug/13/islam-empower-magnet-black-british-youths

6. 31st May 2013: The Guardian, 'Young British Muslim Converts need support to prevent another Woolwich': http://www.guardian.co.uk/commentisfree/2013/may/31/young-muslim-converts-support-prevent-woolwich

7. May 2012: Co-authored chapters with Doctors Basia Spalek, Salwa El-Awa and Laura McDonald: Counter-Terrorism: 'Community-based Approaches to Preventing Terror Crime': http://www.amazon.co.uk/Counter-Terrorism-Community-Based-Approaches-Preventing-ebook/dp/B008AG350VK/ref=sr_1_3?ie=UTF8&qid=1370726641&sr=8-3&keywords=basia+spalek+community

8. July 2011 & November 2016: 'Extremists in Our Midst: Confronting Terror,' Palgrave MacMillan: http://www.palgrave.com/products/title.aspx?pid=500993 & http://www.amazon.com/Extremists-Our-Midst-Confronting-Challenges/dp/0230296548/ref=sr_1_1?s=books&ie=UTF8&qid=1315052039&sr=1-1

9. 2010: Co-authored report with Dr. Jonathan Githens-Mazer, Dr. Robert Lambert, Safiyah Cohen-Baker and Zacharias Pieri: 'Muslim Communities Perspectives on Radicalisation in Leciester, UK'; Centre for Studies in Islamism and Radicalisation (CIR), Department of Political Science, Aarhus University, Denmark: http://cir.au.dk/fileadmin/site_files/filer_statskundskab/subsites/cir/pdf-filer/Rapport4_UK_rev_IamFINAL.pdf

10. 2008: Co-authored chapter with Doctors Basia Spalek and Robert Lambert: 'Minority Muslim Communities and Criminal Justice: Stigmatised UK Faith Identities Post 9/11 and 7/7,' in: H. Singh Bui (ed) Race and the Criminal Justice System London: Sage: http://www.amazon.co.uk/Race-Criminal-Justice-Hindpal-Singh/dp/1412945550/ref=sr_1_16?ie=UTF8&qid=1370726858&sr=8-16&keywords=abdul+haqq+baker

11. September 2008: 'A view from the inside': Centre for Crime and Justice Studies, Crime Matters, Issue 73

 1629 K street Suite 300 Washington DC 20006     info@thetamgroup.org    www.thetamgroup.org



**MUJAHID MUHAMMAD, LGSW**
4212 Ridgewood Ave, Baltimore, MD 21218
Home (443) 804-3543 | mmuhammad@keysdev.com

**Seeking a position within the Human Service field with an organization in which I can utilize my clinical, administrative, community outreach, and therapeutic training abilities to not only promote, enhance, and enrich lives but to increase corporate growth.**

### SUMMARY OF QUALIFICATIONS

- Founder and President of KEYS Development t.a
- Founder of KEYS Empowers 501c3
- Coordinator of CASA Blueprint Project, Baltimore City Public Schools
- Strategic Planning Trainer
- Specialized in using Community Trauma and Crisis Intervention

### EDUCATION/CERTIFICATIONS

Masters of Social Work, University of Maryland, Baltimore, MD

Bachelor of Science, Morgan State University, Baltimore, MD

Certified Crisis Intervention Trainer, Cornell University, Ithaca, NY

### PROFESSIONAL EXPERIENCE

- Accomplished leader developing therapeutic service organizations in both non-profit and profit sectors
- Skilled community and organizational based trainer
- Experienced mental health therapist within both clinical and community settings
- Conducted reach based on quantitative measurers for Columbia University
- Previously serviced as Board President of New Beginnings Inc.
- Training Consultant for Better You Better Me Inc, a crisis management organization servicing DSS
- Trauma Based Treatment consultant
- Conducts therapeutic services for families with the Delta Sigma Theta Sorority, Baltimore County Chapter

### WORK HISTORY

**Certified Counseling Associates, Baltimore, MD**                                        2013-2015
**Therapist**
- Conduct individual and family therapy with children, and adolescents
- Conduct anger management groups in community, clinic, and school settings
- Provide home skill building sessions to assure parents are able to implement skills children learn in groups

**St. Vincent Catholic Charities, Timonium, MD**                                        2005-2015
**Crisis Intervention Trainer**

 1629 K street Suite 300
Washington DC 20006

 info@thetamgroup.org
www.thetamgroup.org



- Conduct Therapeutic Crisis Intervention certification trainings for all agency staff persons state wide
- Conduct Parent training: Managing Abnormal Behaviors, Coping with the Challenge of Caring for Others
- Conduct Therapeutic Class Room Behavioral Management Training for agency school staff persons
- Facilitate all crisis resolution to promote the learning of self-control and reinforcement of constructive problem solving skills

**Life Renewal Services, Woodlawn, MD**                                                                        **2013-2015**
**Family Therapist**
- Conduct individual and family therapy with children, adolescents, and adults diagnosed with various disorders.
- Provided Trauma-Focused CBT for individuals exposed to violence in home and community
- Provide assessment, treatment planning, diagnostic reviews to assure impactful treatment
- Coordinate treatment with support agencies and systems to include psychiatrists, medical doctors, and social workers

**Time Org., Baltimore, MD**                                                                        **2012 - 2014**
**Rehabilitation Specialist**
- Oversee all rehabilitation services while training staff on providing goal directed Psychiatric Rehabilitative Programming
- Coordinate team meetings to develop rehabilitative plans
- Maintain client files with appropriate medical, educational, and treatment records and facilitate correspondence with inter-agency team members Broker community resources and services to meet clients needs

**University of Maryland, Baltimore, MD**
**Clinical Therapist**                                                                        **2010 – 2014**
- Supervised and guided University of Maryland School of Social Work master level interns through the use of clinical practice and treatment
- Provided direct mental health services including intake assessment, individual/family/group therapy, crisis intervention and consultation services to elementary/middle school aged children attending Baltimore City Schools using Cognitive Behavioral, Trauma Focus and Motivational Therapy
- Advocated for expansion of therapeutic services on the local and state levels

**YMCA of Central Maryland, Baltimore, MD**
**Case Manager Supervisor**                                                                        **2007 – 2009**
- Created and developed community and organizational partnerships to facilitate the growth and development of all patrons
- Supervised case interventions and monitored systematical service delivery of the Family Strengthening Program
- Analyzed and coordinated data collection to ensure statistics was reflective of efforts and achievements of the program
- Hired, trained, and recruited the appropriate staff to assist in changing and enhancing lives
- Acted as a liaison between Columbia University and the YMCA school based CASA start program

**Jumoke, Inc., Baltimore, MD**
**Community Child Advocate**                                                                        **2001 – 2005**
- Counseled children, adolescents, and families with psychological and emotional challenges
- Implemented therapeutic treatment plans through teaching socially acceptable behavior and facilitating family reunification
- Advocated for less restrictive placements within the juvenile court system while acting as a liaison between client and court

---

**REFERENCES**
Available Upon Request



1629 K street Suite 300
Washington DC 20006

info@thetamgroup.org
www.thetamgroup.org