EXHIBIT 1E



**SIXTH DISTRICT
CITIZENS ADVISORY COUNCIL**

**Robert J. Contee, III**
Commander, 6-D

**Linda Jo Smith**
Chairman

**Rev. Thomas S. Alston**
1st Vice Chairman

**Chester Speight**
2nd Vice Chair

**Elizabeth Travers**
Recording Secretary

**Doris Gadger**
Assistant Recording Secretary

**Constance R. Woody**
Treasurer

**Barbara Killens**
Financial Secretary

**Rev. Virginia Williams**
Corresponding Secretary

**Standing Committees**

**Constance Woody**
Membership

**Thomas Alston**
Crime Prevention

**Margaret G. Lubat**
Youth Activities

P.O. Box 31334
Washington, DC 20030-11324

Phone: 202.584.2024
Fax 202.584.2220

To Whom It May Concern:

The Sixth District Citizen's Advisory Council (6D CAC) was established to serve as a community advocacy organization focused improving the quality of life of residents of the Sixth District through quality public safety collaboration amongst law enforcement and community. To achieve this goal, 6D CAC engages various community stakeholders to provide a myriad of perspectives and resources.

Two years ago, the Sixth District of the Metropolitan Police Department converged on the Benning Terrace Community to address escalating incidences of violent incidences. Several of the young men in this community possessed unique needs with regard to their self-identification, self esteem and personal beliefs, 6D sought a compassionate and competent community partner to hone in on this population.

Several of the young men in this community possess unique needs with regard to their self-identification, self esteem and personal beliefs, 6D sought a compassionate and competent community partner to hone in on this population. H.O.P.E. Diversified Management, Inc. eagerly accepted the call to connect the disconnected youth in this impoverished communities to tangible role models, opportunities for personal development, and exposure to community events and opportunities. Through this collaborative effort, law enforcement partners, community leaders and stakeholders were able to learn alongside the youth about their personal needs and circumstances which fostered improved sensitivity and community relations.

Concurrently, H.O.P.E. has strengthened the relationship and supported our Summer of Safety initiative to include Ward  Pass Peace Basketball Tournament, three back to school events, and National Night Out celebration. Most notable, when crisis arose, H.O.P.E. was a phone call away to advise, advocate and assist. We are truly appreciative of the partnership established with H.O.P.E. Diversified Management, Inc. and eagerly anticipate future endeavors to reclaim, rebuild, and create a renaissance in Ward 7.

Sincerely,

Julia J. Irving
6D Community Outreach Coordinator



**COUNCIL OF THE DISTRICT OF COLUMBIA**
THE JOHN A. WILSON BUILDING
1350 PENNSYLVANIA AVENUE, N.W., SUITE 400
WASHINGTON, DC 20004

**COUNCILMEMBER YVETTE M. ALEXANDER**

Councilmember, Ward 7
(202) 724-8068 (office)
(202) 741-0911 (fax)
yalexander@dccouncil.us
www.yvettealexander.org

**Chair, Committee on Health**
**Committee Member**
Business, Consumer and Regulatory Affairs
Education
Workforce and Community Affairs

January 3, 2014

Brenda Donald
Director
Child and Family Services Administration
200 I Street, SE
Washington, DC 20003

Dear Director Donald:

I am pleased to write this letter of support for H.O.P.E. Diversified Management, Inc. H.O.P.E Diversified Management, a 501(c)(3) non-profit organization, has performed community engagement and social service work in the Washington metropolitan area for over six years, with an intensive focus in Ward 7 over the last 18 months.

H.O.P.E. has participated in a number of events aimed at helping to improve the quality of life of Ward 7 residents. H.O.P.E. worked with the Ward 7 Education Council to prevent the closing of Davis Elementary School. H.O.P.E. met with the principal and community members, and enlisted the aid of qualified educational specialists to develop an alternative plan to prevent the closure. Though the effort was unsuccessful, H.O.P.E. demonstrated its desire not only to see change in the community, but more importantly, to make those changes a reality.

H.O.P.E. has also partnered with Wal-Mart and the MPD 6th District Community Outreach Division to help sponsor the 6D National Night Out, distributing book bags, paper, pencils and other free school supplies to Ward 7 residents. The event also featured social service vendors, free food, information on healthy food choices, entertainment and an affordable health insurance registration booth.