# EXHIBIT A

Profile Picture

TWEETS          FOLLOWING          FOLLOWERS

These are the total number of tweets, users following this account, and other users this account followed. They are totals through the life of the account and not at the time of any postings captioned below.

**Account Name**

@Account Handle

Account description
(generated by the account owner)

## Tweets

**@account handle** (person making the posting) – date/time (EST) (of the posting)

Body of the message or "Tweet"
The use of "RT" at the beginning indicates the message is a reposting or "retweet"

Retweets: 0 (the number of times this message was reposted by other users     Favorites: 0 (the number of times the message was "favorited" or "liked" by other users

1

# Key: Twitter Private Direct Messages

Profile Picture (Aziz's Account)

Account Name (Aziz's Account)

Account Name or Number (user communicating with Aziz)

Profile Picture (Other User Account)

Other user's message to Aziz

Aziz's message to another user

Date and time of message

Date and time of message

*If a line is used, it indicates there were messages left out due to the length of the conversation and being irrelevant to the case in chief

2

# Common Terms and Translations
## (provided by an FBI linguist)

"Bayah": literally means father or trader, but can also be used in the context of pledging allegiance to someone

"Kuffar": the infidels,  the plural of "kafir"

"Hijrah": emigration, immigration (to), exodus

"Dawla": state (also used in reference to the Islamic State, which is also known as "Al-Dawla al-Islamiyah")

"Inshallah": God-willing

"Dar-al kuffar": house/residence/land/region of the infidels

"Sham": has two meanings, Damascus (capitol of Syria) and the Levant (referring to ISIL territory)

"Jannatul firdouse" : paradise or heaven

3



# AnsarAlUmmah
@AnsarAlKhilafah

| TWEETS | FOLLOWING | FOLLOWERS |
|--------|-----------|-----------|
| **17,473** | **1325** | **1521** |

## Tweets

@AnsarAlKhilafah — June 15, 2014, 21:45:26 (EST)



Retweets: 3    Favorites: 1

*this picture was cropped from the original to increase the size

4



## AnsarAlUmmah
@AnsarAlKhilafah

| TWEETS | FOLLOWING | FOLLOWERS |
|--------|-----------|-----------|
| **17,473** | **1325** | **1521** |

## Tweets

@AnsarAlKhilafah — June 29, 2014, 16:28:42 (EST)
My bayah to sheikh Abu bakr Al Baghdadi
Retweets: 0    Favorites: 2

@AnsarAlKhilafah — June 29, 2014, 16:34:41 (EST)
@dawlat_islam1 Lol if u support the khilifah then give your bayah to sheikh Abu bakr al baghdadi and show your support and happiness.
Retweets: 1    Favorites: 0

@AnsarAlKhilafah — June 29, 2014, 18:45:00 (EST)
RT @AmreekiWitness: I invite you, Taliban, al-Shabab, Hamas, al-Ikhwan al-Muslimeen, Hizb-ut-Tahrir, Al-Qaida, and all other groups, fear Allah and give bayah!
Retweets: 17  Favorites: 0



@ansaralkhilafah



**You support ISIS?**

08/08/14 06:28 EST

Yes I do why?

08/08/14 13:47 EST

The reason I support The Islamic state is because they are the only ones fighting the enemies of Islam on 8 fronts in this war

08/08/14 23:43 EST

They are bringing back the khilafah we lost in the past 90+ years which was destroyed by France,UK,and Europe

08/08/14 13:47 EST

6



@ansaralkhilafah



The west invaded our lands shoved democracy down our throats took our khilafah away and place therein puppets and dictators who oppressed us

08/10/14 23:03 EST

US invaded Iraq and Afghanistan for resources and oil killed our men and children humiliated us and you expect us not to take arms ?

08/10/14 23:06 EST

And mind you that Britain and France created Iraq and Syria, Jordan  these borders inshallah will be removed and the khilafah will expand.

08/10/14 23:08 EST

So the photos I have, wearing the red dress that's no good?

08/10/14 23:44 EST

I want to see who you are :).

08/10/14 23:44 EST

7





@ansaralkhilafah

The red dress is too tight and sorry as a support of the Islamic State I won't show my face as fears of CIA or FBI thank you

08/10/14 23:46 EST

But you can't see anything? I'm covered up. \n\nI won't show the CIA or FBI lol

08/10/14 23:49 EST

Sorry still can't take the risk and no I see the shape of your body no hard feelings.

08/10/14 23:52 EST

Where are from? What country do you live in?

08/11/14 00:07 EST

Good old MURICA

08/11/14 00:07 EST

America? lol

08/11/14 00:09 EST



@ansaralkhilafah

Yep born and from America

08/11/14 00:09 EST

You were born in the US?

08/11/14 00:11 EST

Yep born as Muslim as well

08/11/14 00:11 EST

You don't have work in the morning?

08/11/14 01:34 EST

Ur a teenager ?

08/11/14 01:35 EST

No I'm trying to get a job I'm 18

08/11/14 01:35 EST

9





@ansaralkhilafah

Yeah, I'm catholic and I won't convert. But I respect everyone. Just be nice to me and don't support IS lol

08/11/14 02:04 EST

Lol but I will always support Islamic Khilafah that's my right ðŸ˜ŠðŸ˜Š

08/11/14 02:05 EST

10

| TWEETS | FOLLOWING | FOLLOWERS |
|--------|-----------|-----------|
| 3847 | 621 | 1129 |

## Abu Dhar Al Amriki
@ansaralummah4

4TH ACCOUNT IM BACK KUFFAR

## Tweets

**@ansaralummah4** – November 17, 2014, 14:39:58 (EST)
RT @ivanpatra11: retweet if you're khilafah helper



Retweets: 28   Favorites: 0

| TWEETS | FOLLOWING | FOLLOWERS |
|--------|-----------|-----------|
| **3484** | **598** | **964** |

@ansaralummah5

## Tweets

**@ansaralummah5** — November 24, 2014, 17:34:33 (EST)
Life goals

  

Retweets: 2    Favorites: 0

12

TWEETS
**3484**

FOLLOWING
**598**

FOLLOWERS
**964**

@ansaralummah5

## Tweets

**@ansaralummah5** – November 25, 2014, 20:10:46 (EST)
RT @abudujana56: For how long will you let these govts oppress u. Draw ur knives and show them a response!!\n\n#FergusonDecision #IS



Retweets: 38   Favorites: 0

13



# Colonel Samosas

@ansaralummah8

Muslim Twitter commando
SAMOSAS 4 LIFFFEEE

**TWEETS**
**8895**

**FOLLOWING**
**798**

**FOLLOWERS**
**2033**

## <u>Tweets</u>

**@ansaralummah8** – December 29, 2014, 18:27:36 (EST)
RT @ShamiAnalyst: Al-Hayat Media \n\nPresents\n\nDabiq magazine issue #6\n\n



Retweets: 6    Favorites: 0

**@ansaralummah8** – January 8, 2015, 05:49:06 (EST)
#KillAllKufar #KillAllKufar #KillAllKufar #KillAllKufar\n#KillAllKufar #KillAllKufar #KillAllKufar #KillAllKufar\"
Retweets: 5    Favorites: 3



## Colonel Samosas

@ansaralummah8

Muslim Twitter commando
SAMOSAS 4 LIFFFEEE

| TWEETS | FOLLOWING | FOLLOWERS |
|---|---|---|
| **8895** | **798** | **2033** |

## Tweets

**@ansaralummah8** – January 2, 2015, 14:36:49 (EST)
When in a SHTF scenario trust no oneðŸ˜ŒðŸ˜ŒðŸ˜ŒðŸ˜ŒðŸ˜Œ
Retweets: 0    Favorites: 1

**@ansaralummah8** – January 2, 2015, 14:39:18 (EST)
@ansaralummah8 If your Muslim try to fine other Muslims surviving and create a group or community other than that avoid contact .
Retweets: 1    Favorites: 0

**@ansaralummah8** – January 2, 2015, 14:41:13 (EST)
@ansaralummah8 Your SHTF group have to 5-10 people also everyone must have a skill
Retweets: 1    Favorites: 0

**@ansaralummah8** – January 2, 2015, 14:43:21 (EST)
@ansaralummah8 For a noob SHTF gear you have: a pocket knife, awesome hoodie, and awesome cheap TAC backpack plus get fingerless gloves
Retweets: 0    Favorites: 0

15



## Colonel Shami
@colonel_shami

| TWEETS | FOLLOWING | FOLLOWERS |
|--------|-----------|-----------|
| **4300** | **799** | **2149** |

### Tweets

**@colonel_shami** – January 6, 2015, 01:55:01 (EST)
RT @SabranAsrana1: Gays flying in Wilayat Neinawa , lol.\nAlhamdulillah.



Retweets: 18   Favorites: 0

16



## Colonel Shami
@colonel_shami

| TWEETS | FOLLOWING | FOLLOWERS |
|--------|-----------|-----------|
| **4300** | **799** | **2149** |

## **Tweets**

**@colonel_shami** – January 15, 2015, 07:02:54 (EST)
"#IS\nBanner of Tawheed - Make Your Own\nInstructional Video and Stencilled Images\nhttps://t.co/j7FhtSfvIU http://t.co/1fBvkCHznZ\"
Retweets: 9    Favorites: 1
[screen shot below]



17



## Colonel Shami
@colonel_shami

| TWEETS | FOLLOWING | FOLLOWERS |
|--------|-----------|-----------|
| **4300** | **799** | **2149** |

## Tweets

**@colonel_shami** – January 16, 2015, 23:23:06 (EST)

RT @RadioR_m: In US, Americans pay money to watch fags dance around.\n\nIn IS, Muslims watch fags get thrown off buildings for free.



Retweets: 46   Favorites: 0

18



## Colonel Shami
@colonel_shami

| TWEETS | FOLLOWING | FOLLOWERS |
|--------|-----------|-----------|
| **4300** | **799** | **2149** |

### Tweets

**@colonel_shami** – January 29, 2015, 20:54:49 (EST)
#IS\n\"Know O Obama, that we are coming to America and know that we will sever your head in the White House\" "



Retweets: 8     Favorites: 1

19

TWEETS
**1154**

FOLLOWING
**518**

FOLLOWERS
**968**

@baqiyahshaami

## Tweets

**@baqiyahshaami**– February 26, 2015, 12:12:23 (EST)
Coming Soon in America #IslamicStateMedia

  

Retweets: 0    Favorites: 0

20

TWEETS
**1154**

FOLLOWING
**518**

FOLLOWERS
**968**

@baqiyahshaami

## Tweets

**@baqiyahshaami** – February 26, 2015, 12:43:17 (EST)
O people of Palestine!!! You want freedom from the Yahud?? Then Join n support the Islamic State #IslamicStateMedia



Retweets: 0    Favorites: 0



# Colonel ShaamiBro
@baqiyah2015

| TWEETS | FOLLOWING | FOLLOWERS |
|--------|-----------|-----------|
| **847** | **509** | **1896** |

## Tweets

**@baqiyah2015** – March 20, 2015, 08:01:21 (EST)
Who want this gear

  

Retweets: 6    Favorites: 2



# Colonel ShaamiBro
@baqiyah2015

| TWEETS | FOLLOWING | FOLLOWERS |
|--------|-----------|-----------|
| **847** | **509** | **1896** |

## Tweets

**@baqiyah2015** – March 20, 2015, 15:41:19 (EST)
Imagine Islamic State having this type of gear



Retweets: 5    Favorites: 0

23



# Colonel Shaami

@baqiyah201s

Backup account  Colonel Shami

**TWEETS**
**428**

**FOLLOWING**
**427**

**FOLLOWERS**
**1283**

## Tweets

**@baqiyah201s** – March 21, 2015 01:22:09 (EST)
#IS \"hacking division\" posts names and addresses of over 100 US military personnel.  https://t.co/G1y6BYgPJV\"
[long URL:https://justpaste.it/ISHDLEAK]
Retweets: 0    Favorites: 3

**@baqiyah201s** – March 21, 2015 01:35:52 (EST)
Well, US military guys are f**cked IS hacker division just revealed 100 of their address photos n Intel loooool #Baqiyah
Retweets: 3    Favorites: 1

**@baqiyah201s** – March 21, 2015 01:37:52 (EST)
Yep them US guys are pretty F**ked all right exuse my language http://t.co/YDHolCLcXN\"
Retweets: 19   Favorites: 0

**@baqiyah201s** – March 21, 2015 03:57:40 (EST)
#Breaking #syria #kobani\n\n#IS released list and pics of pilots who bombed #kobani in their assassination list\"
Retweets: 4    Favorites: 0



# Colonel Shaami
@baqiyah201s

Backup account  Colonel Shami

| TWEETS | FOLLOWING | FOLLOWERS |
|--------|-----------|-----------|
| **428** | **427** | **1283** |

## Tweets

**@baqiyah201s** – March 21, 2015 14:58:48 (EST)

RT @Media_Shami: Identities of Military personnel that bombed Muslims. Find them, Kill them!



Retweets: 12   Favorites: 0

25



# Colonel Shaami
@baqiyah201s

Backup account  Colonel Shami

| TWEETS | FOLLOWING | FOLLOWERS |
|---|---|---|
| **428** | **427** | **1283** |

## **Tweets**

**@baqiyah201s** – March 21, 2015 17:11:27 (EST)
@TheStruggleIzRL @nomadfarisa @Baqiyaah201S Pennsylvania have very light gun laws its very easy to arm yourself .
Retweets: 0    Favorites: 0

**@baqiyah201s** – March 21, 2015 21:42:12 (EST)
@_Qariban_ @Baqiyaah201S Hmmm so if I want make hijrah to Islamic State just act like person who going do there to do Civilians jobs??
Retweets: 0    Favorites: 0

**@baqiyah201s** – March 21, 2015 21:47:59 (EST)
@_Qariban_ @Baqiyaah201S May Allah make our hijrah easy inshallah. Maybe one can go there as university student to study in Mosul University
Retweets: 0    Favorites: 0

| TWEETS | FOLLOWING | FOLLOWERS |
|---|---|---|
| **132** | **141** | **535** |

@baqiyah1119

## <u>Tweets</u>

**@baqiyah1119** – March 26, 2015, 17:49:06 (EST)
RT @abulam111: Don't think we are far away we will come inshallah fast because its a promise of allah, la joegliefoel mi3ad!!!



Retweets: 7    Favorites: 0

27

@ansaralummah34

> اَلسَّلاَمُ عَلَيْكُمْ وَرَحْمَةُ اللهِ وَبَرَكَاتُهُ
>
> *4/1/15 21:28 EST*

> You need more account akh?
>
> *4/1/15 21:29 EST*

Yes a back up one

*4/1/15 21:29 EST*

> Ok akh, In shaa ALLAH I will make for you soon as possible. JazaakAllahu khairan katsiiran
>
> *4/1/15 21:29 EST*

Thanks

*4/1/15 21:32 EST*

> Welcome akh
>
> *4/1/15 21:33 EST*

> Check your surespot akh
>
> *4/1/15 21:47 EST*

ok

*4/1/15 21:49 EST*

28



## Colonel Shaami
@ansaralummah2Bl

| TWEETS | FOLLOWING | FOLLOWERS |
|---|---|---|
| **178** | | |

### Tweets

**@ansaralummah2BL** — April 16, 2015, 14:11:04(EST)
Perform your Islamic duty.\n\nSupport the Jihad with your wealth.\n\nSurah Baqarah (2:195)\n\nRT &amp; SHARE\n\nDM for more info.



Retweets: 8    Favorites: 2

29



## Colonel Shaami
@buruan8

| TWEETS | FOLLOWING | FOLLOWERS |
|--------|-----------|-----------|
| **552** | **254** | **881** |

### Tweets

**@buruan8**— May 4, 2015, 04:53:43 (EST)
RT @Jazrawi_20x: #garlandshooting\n#texasAttack\n\nYou won brother, May Allah accept you in jannah with the Prophet and with the shuhada\n\

**Shariah is Light**
@atawaakul



The bro with me and myself have given bay'ah to Amirul Mu'mineen. May Allah accept us as mujahideen.
Make dua
#texasattack

6:35pm - 3 May 15

Retweets: 20   Favorites: 0

30

| TWEETS | FOLLOWING | FOLLOWERS |
|--------|-----------|-----------|
| **552** | **254** | **881** |

# Colonel Shaami
@buruan8

## Tweets

**@buruan8**– May 4, 2015, 05:57:24 (EST)
#garlandshooting Verily the brothers have achieved something greater than killing Geert Wilders and Jewish whore Pamela Geller, Martyrdom!!
Retweets: 5    Favorites: 2

**@buruan8**– May 4, 2015, 12:50:52 (EST)
RT @WatchYourDeen: Yes, this time no kuffar killed. But there's always another brothers willing 2 do it. Spilling our blood is an honour \n#garlandshooting
Retweets: 5    Favorites: 0

| TWEETS | FOLLOWING | FOLLOWERS |
|---|---|---|
| **552** | **254** | **881** |

## Colonel Shaami
@buruan8

## Tweets

**@buruan8**— May 4, 2015, 06:35:42 (EST)
Pliz RT Warning! Muslims in the UK stay home dnt cast ur vote Risk of Explosions\nBros contact me for remaining jigsaw





Retweets: 12   Favorites: 0

32

**Colonel Shaami**

@buruan8

| TWEETS | FOLLOWING | FOLLOWERS |
|--------|-----------|-----------|
| **552** | **254** | **881** |

## Tweets

**@buruan8**— May 4, 2015, 06:35:42 (EST)

Pliz RT Warning! Muslims in the UK stay home dnt cast ur vote Risk of Explosions\nBros contact me for remaining jigsaw





477 /663

Retweets: 12   Favorites: 0

33

**TWEETS**
**552**

**FOLLOWING**
**254**

**FOLLOWERS**
**881**

## Colonel Shaami
@buruan8

### **Tweets**

**@buruan8**— May 4, 2015, 14:05:17 (EST)
RT @Time4Dugma: I call &amp; am inciting #Muslims in west to carry out attacks against kufar in #usa #uk #holland #france the kufar are 1 millah #texasattack
Retweets: 4    Favorites: 0

**@buruan8**— May 4, 2015, 16:00:45 (EST)
"@Drone_Catcher @oklacomanche @_Koonsaidan



Retweets: 1    Favorites: 1

34



**ColonelShaami**
@imawesome52

| TWEETS | FOLLOWING | FOLLOWERS |
|--------|-----------|-----------|
| **1008** | **413** | **1309** |

## Tweets

**@imawesome52** – May 11, 2015, 17:30:11 (EST)
New pack

   

Retweets: 1     Favorites: 1

35



# Colonel Shaami
@kolonelsham

#59

| TWEETS | FOLLOWING | FOLLOWERS |
| --- | --- | --- |
| **290** | **363** | **1153** |

## Tweets

**@kolonelsham** – May 23, 2015, 00:00:20 (EST)
RT @FollowTheHaqq15: The Baqiyah Colonel is Back\nFollow And Support\n@KolonelSham \n@KolonelSham \n@KolonelSham \n@KolonelSham
Retweets: 26   Favorites: 0



## Colonel Shaami
@kolonelsham



salam alikom, i need help to cross the border, i need someone from dawla,iam in turkey on the border almost,please i can't wait anymore.

5/25/15 11:48 EST

@UsamaAlSomali  here bro

5/26/15 05:14 EST

Salam Alikom Brother,how can i cross the border,some people told me that i need tazkiya &amp; i don't have, i have 24 hours left,

5/26/15 07:14 EST

after that i must leave turkey, iam not far from Tal abyad( SanliUrfa),iam making risk asking you that, but there is no other way,

5/26/15 07:16 EST

i don't have much knowledge in technology, i have only accpunts in facebook,twitter, hotmail,\nmay Allah put trust in your heart for me ,

5/25/15 07:18 EST

Contact that bro @UsamaAlSomali  n DM him tell where you are n inshallah they will send someone for you

5/26/15 13:46 EST

37



**Colonel Shaami**
@kolonelsham

 

Your in SanliUrfa correct???

5/26/15 13:53 EST



**Colonel Shaami**
@kolonelsham

**Abu Dawud Al Somali**
@abudawudIS



Assalam alaykum akhi quick question your in Shaam??

5/26/15 14:03 EST

39



## Colonel Shaami
@kolonelsham

#59

**TWEETS**
**290**

**FOLLOWING**
**363**

**FOLLOWERS**
**1153**

### Tweets

**@kolonelsham**–May 26, 2015 14:07:12 (EST)
@AbudawudIS @inghimasii  DM quick akhi
Retweets: 0    Favorites: 0

**Colonel Shaami**
@kolonelsham



No akhi

5/26/15 14:08 EST

Wa alaykom salaam

5/26/15 14:08 EST

There's a brother in Turkey n is trying to crossover here's his @

5/26/15 14:08 EST

Oh ok sorry

5/26/15 14:08 EST

Uhm

5/26/15 14:11 EST

Tell abu hussain britani

5/26/15 14:11 EST

Or abu khalid the cambodian

5/26/15 14:11 EST

You can find on twitter

5/26/15 14:12 EST



**Colonel Shaami**
@kolonelsham



salam alikom , yes iam in urfa

5/26/15 14:21 EST

what is DM

5/26/15 14:21 EST

please answer me

5/26/15 14:23 EST

i have problem , i don't have phone i have laptop and iam managing to download all this DM or kik or surespot , so what could i do

5/25/15 14:36 EST

Get surespot akhi

5/26/15 14:38 EST

Private message on Twitter

5/26/15 14:38 EST

42



**Colonel Shaami**
@kolonelsham





please do you know how i make this surespot

5/26/15 14:39 EST

i have xp windows

5/26/15 14:39 EST

laptop

5/26/15 14:40 EST

Go on Google n get surespot download its free

5/26/15 14:43 EST

does it works on laptop too

5/26/15 14:45 EST

Yes it does akhi try it

5/26/15 14:47 EST



TWEETS
**290**

FOLLOWING
**363**

FOLLOWERS
**1153**

## Colonel Shaami
@kolonelsham

#59

### Tweets

**@kolonelsham** – May 26, 2015 14:50:58 (EST)
@Abu_dujanah123 bro DM please
Retweets: 0    Favorites: 0



## Colonel Shaami
@kolonelsham



Akhi sorry i make it hard , do you have link so that i can download it

5/26/15 14:52 EST

http://t.co/hbyltf7RAx [long URL: http://www.surespot.com]

5/26/15 14:53 EST

Surespot.me

5/26/15 14:54 EST

Akhi it's not for free!!

5/26/15 14:56 EST

please have Saber with me

5/26/15 14:56 EST

I contact two brothers in the Islamic State wait awhile akh  I'm waiting for their reply

5/26/15 14:54 EST

if it helps , this is my email : ███████████████████ , contact with email is safe , i think,\niam waiting with you, teslam Akhi

5/26/15 15:01 EST



**Colonel Shaami**
@kolonelsham





Your here correct

5/26/15 15:07 EST

yes

5/26/15 15:08 EST



**Colonel Shaami**
@kolonelsham





Do you a motorcycle or a car can you walk???

5/26/15 15:09 EST

sanliurfa is far a bet from tal abyd

5/26/15 15:10 EST



**Colonel Shaami**
@kolonelsham





must use car

5/26/15 15:10 EST

Can you take a bus akhi???

5/26/15 15:11 EST

Then get off and walk maybe try to sneak through the border???

5/26/15 15:11 EST

yes !! from where to where ? today or tomorrow

5/26/15 15:11 EST

no !! it's very dengerous , there are to much army

5/26/15 15:12 EST

iam in hotel in sanliurfa !! it's called Cumhuriyet oteli

5/26/15 15:13 EST

Koprubasi caddesi no.3 merkez / Urfa

5/26/15 15:01 EST



**Colonel Shaami**
@kolonelsham



Tomorrow night maybe make Dua to Allah that he screen you from the eyes of the Turkish soldiers ,make dua that you pass over safety akhi

5/26/15 15:14 EST

iam making Dua all the time

5/26/15 15:11 EST



Your off the highway which is good your not wearing any Muslims clothes correct??

5/26/15 15:16 EST

49



**Colonel Shaami**
@kolonelsham



> but i don't know !!! to walk just like that is not easy , i wanted to make it but then i felt not good, iam not wearing any muslm clothes
>
> 5/26/15 15:17 EST

Everything pro IS is wiped from your computer yes???",

5/26/15 15:18 EST

> there is nothing pro IS on computer
>
> 5/26/15 15:18 EST

> it's not possible to send someone , may Allah send me to jahanam if i mean something wronge , room 114
>
> 5/26/15 15:20 EST

Just your twitter correct?? ,also you know any cabdriver willing to take you to the border

5/26/15 15:21 EST

Calm down akhi inshallah allah will make a way for you Patience

5/26/15 15:21 EST

> my twitter is on my name Rami Hujeirat, the person can come as taxi driver .
>
> 5/26/15 15:22 EST



**Colonel Shaami**
@kolonelsham



someone told me yestardy that 99% of taxi drivers are PKK

5/26/15 15:23 EST

the person can just ask for me as taxi driver tomorrow early in the morning is the best

5/26/15 15:24 EST



## Colonel Shaami
@kolonelsham

#59

**TWEETS**
**290**

**FOLLOWING**
**363**

**FOLLOWERS**
**1153**

### Tweets

**Name or @handle** –May 26, 2015 15:25:12 (EST)
@AbuHussain010 DM NOW AKHI PLEASE
Retweets: 0    Favorites: 0

52



**Colonel Shaami**
@kolonelsham



the thing is that before i saw you massege i booked bus ticket to drive me back to airport,\ni have now exactly 100 TL, and if i can't cross

5/26/15 15:23 EST

53



**Colonel Shaami**
@kolonelsham

**AbuHussainAlBritani**
@abuhussain010



assallamualykum

5/26/15 15:26 EST

54



**Colonel Shaami**
@kolonelsham



and miss the bus back then i will be stock here and in truobles,

5/26/15 15:26 EST



**Colonel Shaami**
@kolonelsham



**AbuHussainAlBritani**
@abuhussain00

Alaykum assalam Akhi quick there's a brother in sanliufa turkey stuck in a hotel here's his @ ███████████

5/26/15 15:27 EST

56



**Colonel Shaami**
@kolonelsham





ALLAHU AKBAR A BROTHER JUST CONTACTED ME IM TALKING TO HIM NOW

5/26/15 15:28 EST

57



**Colonel Shaami**
@kolonelsham

**AbuHussainAlBritani**
@abuhussain010



walaykumsallam

5/26/15 15:28 EST



**Colonel Shaami**
@kolonelsham



ALLAHU AKBAR

5/26/15 15:28 EST



**Colonel Shaami**
@kolonelsham

**AbuHussainAlBritani**
@abuhussain010



i will try find a number for him to contact inshAllah

5/26/15 15:28 EST



Inshallah he only has a laptop no phone I think i was trying to find a detour for him

5/26/15 15:29 EST

60



**Colonel Shaami**
@kolonelsham



**AbuHussainAlBritani**
@abuhussain010



5/26/15 15:30 EST

61



**Colonel Shaami**
@kolonelsham

**AbuHussainAlBritani**
@abuhussain010



+

5/26/15 15:31 EST

tell him to contact that number

5/26/15 15:32 EST



**Colonel Shaami**
@kolonelsham





ALLAHU AKBAR AKHI HERE'S THE NUMBER TO CALL HIM

5/26/15 15:32 EST

can i call him from any phone, i will call him from street phone is it ok

5/26/15 15:33 EST

63



**Colonel Shaami**
@kolonelsham

**AbuHussainAlBritani**
@abuhussain010



May Allah bless you Akhi ,thank you make dua that me n my family make hijrah safely

5/26/15 15:33 EST

Thanks akhi

5/26/15 15:33 EST

ameen

5/26/15 15:34 EST

if he cant reach that number let me know inshAllah

5/26/15 15:34 EST



**Colonel Shaami**
@kolonelsham



ALLAHU AKBAR , may ALLAH give you jannah ,

5/26/15 15:34 EST

65



**Colonel Shaami**
@kolonelsham

**AbuHussainAlBritani**
@abuhussain010



walaykumsallammaybe whats app / telegram / viber the number

5/26/15 15:34 EST



**Colonel Shaami**
@kolonelsham





> i want to go and call him now !! can i do that now
>
> 5/26/15 15:35 EST

Go brother do IT!!! May allah protect you n make dua to allah for me that I and my family make hijrah to the Islamic State safely Ameeenn

5/26/15 15:37 EST

> i feel good now !! thank you very much , insha'Allah we meet inside
>
> 5/26/15 15:37 EST

> I will make Dua to you &amp; all of your Family , i don't know how to thank you, iam going now to talk to him , Salam Alikom
>
> 5/26/15 15:38 EST

Inshallah akhi inshallah I'll meet you in the Islamic State inshallah may allah protect you n give safe passage to the Islamic State

5/26/15 15:38 EST

> i will never forget that from you , you will be always in my heart, Salam alikom Akhi
>
> 5/26/15 15:39 EST

67



**Colonel Shaami**
@kolonelsham

**AbuHussainAlBritani**
@abuhussain010



assallamualykum, if the brother cant contact that number, message @ ████████████ and tell him the situation inshAllah

5/26/15 15:51 EST

Thanks again akhi

5/26/15 15:56 EST

68



**Colonel Shaami**
@kolonelsham





salam Akhi, i tried to call but was closed or no signal, are you sure it's the right number ?

5/26/15 16:05 EST

69



## Colonel Shaami
@kolonelsham

#59

### Tweets

**Name or @handle** –May 26, 2015 16:06:16 (EST)
@Butayn_iz_back DM akhi quickly
Retweets: 0    Favorites: 0

TWEETS
**290**

FOLLOWING
**363**

FOLLOWERS
**1153**



**Colonel Shaami**
@kolonelsham

**AbuHussainAlBritani**
@abuhussain010



He can't reach the number akhi  is a closed line

5/26/15 16:06 EST

Any alternatives??

5/26/15 16:07 EST

71



**Colonel Shaami**
@kolonelsham



assallamualykum,  cant contact that number, message @Butayn_iz_back and tell him the situation inshAllah

5/26/15 16:07 EST

Make dua n call again akhi

5/26/15 16:08 EST

Akhi you're ok??

5/26/15 16:11 EST

insha'Allah will get it right , ALLAHUM YASSER LE AMRI

5/26/15 16:12 EST

May Allah make the number work inshallah

5/26/15 16:13 EST

iam ok Akhi, i will try my best and ALLAH will guide me, insha'Allah will be alright

5/26/15 16:13 EST

72



**Colonel Shaami**
@kolonelsham



i just have to try more and more

5/26/15 16:14 EST

Do give up hope akhi Allah controls everything

5/26/15 16:14 EST

maybe because it's late now, will try one more time now and then for sure will try 1000 time in the morning, now will pray &amp; make due

5/26/15 16:27 EST

Ok akhi May Allah keep you steadfast n give safe passage to Islamic State

5/26/15 16:17 EST



**Colonel Shaami**
@kolonelsham

**AbuHussainAlBritani**
@abuhussain010




Akhi its best to contact that brother

5/26/15 16:22 EST

Abu qaqa britani

5/26/15 16:23 EST

I dnt have any contacts for smugglers

5/26/15 16:23 EST

Ok then akhi jazzak allah khair

5/26/15 16:23 EST

74



**Colonel Shaami**
@kolonelsham

**Abu Dujana**
@dujjy47



Akhi this brother is stuck in turkey ,sanliufa in a hotel he called the number that was given from @UsamaAlSomali

5/26/15 16:25 EST

But its not working , do you know any alternative to contact the bro n help him?? His ▮▮▮▮▮▮▮▮▮▮

5/26/15 16:08 EST



This were he is

5/26/15 16:13 EST

75



**Colonel Shaami**
@kolonelsham

**Abu Dujana**
@dujjy47





5/26/15 16:31 EST

76



**Colonel Shaami**
@kolonelsham

@butyan_iz_back



As-salÄmu alaykum wa rahmatullÄhi wa barakÄtuhu

5/26/15 22:07 EST

What's up akhi?

5/26/15 22:07 EST

There's a brother who's stuck in turkey sanlifua near tal aybad brother abu Hussein  gave him a number to contact but its not working

5/26/15 22:38 EST

His @ ████████

5/26/15 22:39 EST

He's in a hotel next to the Turkish highway

5/26/15 22:41 EST

I'm meant abu usamah gave the number to him he redirected me to you if the number didn't work for the brother in turkey

5/26/15 22:42 EST

Loooo sorry abu Husain gave the number my apologies

5/26/15 22:47 EST

77



**Colonel Shaami**
@kolonelsham





Akhi your ok??

5/27/15 13:26 EST





**Colonel Shaami**
@kolonelsham

**Abu Dujana**
@dujjy47

Assalamu Alaykum

5/27/15 13:28 EST

Sorry akhi was busy goin amaliyah 2moro

5/27/15 13:28 EST

Did the bro get help?

5/27/15 13:28 EST

Yea Abu Hussain gave me the number to give the brother yesterday

5/27/15 13:31 EST

Akhi my advice..Abu Khalid Cambodi and Abu Hussain are best for hijra

5/27/15 13:32 EST

Ppl who wanna k** peeps then me nd Abu H can help

5/27/15 13:33 EST

Thanks akhi the bro only haves twitter n hotmail on his laptop

5/26/15 13:33 EST

Ahh okay. May Allah swt make it easy for him and make it a sadaqa jaariya 4 u

5/27/15 13:33 EST



**Colonel Shaami**
@kolonelsham

unknown

Ameen

5/27/15 13:33 EST



# Colonel Shaami
@ghanimahaqq

#60

## Tweets

**@ghanimahaqq**– May 29, 2015, 15:54:11 (EST)
@majengowitness4 @Gardhabiya_Free

Retweets: 0    Favorites: 0

81



## Colonel Shaami
@ghanimahaqq

#60

## <u>Tweets</u>

**@ghanimahaqq**– May 29, 2015, 15:54:11 (EST)
Route from Rome to sirte,wilayat libya



Retweets: 22   Favorites: 8

TWEETS
**1017**

FOLLOWING
**430**

FOLLOWERS
**1390**

82



## Colonel Shaami
@ghanimahaqq

#60

**TWEETS**
**1017**

**FOLLOWING**
**430**

**FOLLOWERS**
**1390**

### Tweets

**@ghanimahaqq**— May 29, 2015, 21:49:09 (EST)
RT @NdangeredSpecie: I hope the brothers have nailbombs ready for those protesters. Kill them all.
Retweets: 8    Favorites: 0

83

**Colonel Shaami**
@ghanimahaqq

Assalam aleikum ikhwa

5/30/15 04:36 EST

Alaykum Assalam akhi

5/30/15 04:38 EST

Am in kenya and i want to make hijra to your country can u give me the way foward

5/31/15 10:53 EST

I'm in Dar Al kufr akhi not shaam sorry

5/30/15 05:05 EST

Which country of Dar Al Kufr

5/30/15 09:07 EST

Wish not to say it ain't safe here akhi

5/30/15 05:08 EST

Ok i understand

5/30/15 05:09 EST

Can u make a deal with any of ur friend to help me

5/30/15 05:09 EST

ðŸ˜Š good ,Kenya correct ??

5/30/15 05:09 EST

84



**Colonel Shaami**
@ghanimahaqq

@AbuHu55ain911  this brother will help you akhi

5/30/15 05:11 EST

Yp kenya

5/30/15 05:26 EST

Shukran bro

5/30/15 05:28 EST

No problem

5/30/15 05:05 EST

@AbuHussain_911

5/30/15 05:29 EST

This bro new account he's in Islamic State

5/30/15 05:29 EST

Thanks bro

5/30/15 05:37 EST

No problem

5/30/15 05:37 EST

85



**Colonel Shaami**
@ghanimahaqq

Make alot of dua

5/30/15 05:39 EST

May Allah give us victory in shaa Allah

5/30/15 05:40 EST

Inshallah

5/30/15 05:44 EST



**Colonel Shaami**
@ghanimahaqq





> sala alikom Akhi , iam alright but iam not in Urfa anymore, had to go back to dar alkofr &amp; iam not happy but i accept Allah SWT wish, iam

5/31/15 10:51 EST

> gonna try again &amp; again insha'Allah &amp; gonna make it, insha'Allah will make the needed things &amp; make order &amp; plan to make it,insha'Allah one

5/31/15 10:53 EST

> month time &amp; will be there, i have to make surespot &amp; try to get tazkeya &amp; go there without waiting to long, it's risk &amp; it's worth it in

5/31/15 10:54 EST

> all means, Salam

5/31/15 10:55 EST

Oh I'm so sorry akhi ,inshallah Allah will make a way for you.

5/31/15 14:22 EST

87



**Colonel Shaami**
@ghanimahaqq



Salam Akhi, now i made something like surespot&amp; use it already, insha'Allah you will help me to try again, ajroka ala Allah SWT, Salam Akhi

6/1/15 10:21 EST

My surespot is AbuDharr1119

6/1/15 14:16 EST

88



**Colonel Shaami**
@ghanimahaqq



As salamu alaikum

5/31/15 17:36 EST

Brother u have qq

5/31/15 17:36 EST

???

5/31/15 17:36 EST

As salamu alaikum yakhi

5/31/15 17:39 EST

Alaykum Assalam

5/31/15 17:39 EST

Where r u from ma brother

5/30/15 17:40 EST

Dar al kufr

5/31/15 17:40 EST

Lol

5/31/15 17:40 EST

**Colonel Shaami**
@ghanimahaqq



Same here but muslim country

5/31/15 17:40 EST

Man i wanna go to shaam

5/31/15 17:41 EST

Im so desperate but i have no idea how can i manage it

5/31/15 17:41 EST

Talk to this brothers @AbuHussain_911

5/31/15 17:44 EST

Also this brother @UsamaAlSomali

5/31/15 17:44 EST

Zazakallah khairan yakhi

5/30/15 17:45 EST

No problem

5/31/15 17:45 EST



**Colonel Shaami**
@ghanimahaqq

ðŸ˜Š

5/31/15 17:46 EST

May Allah bless u brother

5/31/15 17:46 EST

Ameen

5/31/15 17:46 EST



## BaqiyahBro
@baqbro

| TWEETS | FOLLOWING | FOLLOWERS |
|---|---|---|
| **1645** | **443** | **1122** |

### Tweets

**@baqbro** — June 26, 2015, 22:59:16 (EST)
Kuffar are celebrating about  Same sex marriage law ,white house is in literal rainbows ,DC in high celebration, Allah's punishment coming.
Retweets: 30   Favorites: 12

**@baqbro** — June 27, 2015, 05:57:29 (EST)
I remember 4 years ago when I was a Madkhali I was watching a old famous video of the martyred man being buried alive by Assad regime-
Retweets: 11   Favorites: 4

**@baqbro** — June 27, 2015, 06:00:20 (EST)
@BaqBro - at that point I had intentions to make hijrah to shaam to protect my Syrian Brothers n Sisters from Assad thugs.
Retweets: 3    Favorites: 0

**@baqbro** — June 27, 2015, 06:02:20 (EST)
@BaqBro and that was back in 2011 when things were cooking up.I started listening to jihad nasheeds like Ummat Al busra ,Qom,Abu Ali.
Retweets: 0    Favorites: 0

**@baqbro** — June 27, 2015, 06:06:25 (EST)
@BaqBro N that's when I discovered @LightEpisodezzz N started watching his videos which Alhamdulilah cleared a lot of confusion at the time
Retweets: 2    Favorites: 1



## BaqiyahBro
@baqbro

**TWEETS**
**1645**

**FOLLOWING**
**443**

**FOLLOWERS**
**1122**

### Tweets

**@baqbro** – June 27, 2015, 06:10:56 (EST)
@BaqBro Back then though I was a Madkhali I loved jihad (weird huh?) Loved study the Islamic battles of history.
Retweets: 1    Favorites: 0

**@baqbro** – June 27, 2015, 06:12:04 (EST)
@BaqBro I was a taliban-alshabaab supporter back then as well , when I saw the Syrian War unfolding n Muslims being killed -
Retweets: 2    Favorites: 0

**@baqbro** – June 27, 2015, 06:14:22 (EST)
@BaqBro I was confused as why no one was helping the Syrian Muslims as I believe that Muslims should come to the defense of one other
Retweets: 4    Favorites: 0

**@baqbro** – June 27, 2015, 06:19:48 (EST)
@BaqBro So I kept track of the War for 4 years keep up the events of battles n movements of Syrian rebels n Muwahideen
Retweets: 1    Favorites: 1



## HaqqBruh
@haqqbruh

Colonel Shaami #71

## Tweets

**@haqqbruh** – July 8, 2015, 22:02:59 (EST)
@tlt_0 ..... And start loading your klash reciting the shahadah
Retweets: 1     Favorites: 0

**@haqqbruh** – July 8, 2015, 22:10:15 (EST)
RT @tlt_0: @HaqqBruh ...one hand on trigger one on suicide vest button..
Retweets: 1     Favorites: 0

**@haqqbruh** – July 8, 2015, 22:10:32 (EST)
@tlt_0 Allah Akbar ,Baqiyah
Retweets: 0     Favorites: 1

| TWEETS | FOLLOWING | FOLLOWERS |
|---|---|---|
| **1067** | **463** | **920** |



# HaqqBruh
@haqqbruh

Colonel Shaami #71

## Tweets

**@haqqbruh**– July 11, 2015, 22:19:53 (EST)



Retweets: 0    Favorites: 0

| TWEETS | FOLLOWING | FOLLOWERS |
|--------|-----------|-----------|
| 1067 | 463 | 920 |

95



## MuslimBruh
@muslimbruh0

Colonel Shaami #73

TWEETS
**3010**

FOLLOWING
**730**

FOLLOWERS
**1262**

### Tweets

**@muslimbruh0** – July 21, 2015, 20:02:07 (EST)
RT @Etimdz: @__I___I___I___I the girls man, how much they cost
Retweets: 1    Favorites: 0

**@muslimbruh0** – July 21, 2015, 20:02:16 (EST)
RT @Etimdz: @__I___I___I___I what's the market for yazidis saying now. Can I buy, how much.
Retweets: 1    Favorites: 0

**@muslimbruh0** – July 21, 2015, 20:02:20 (EST)
RT @__I___I___I___I: @Etimdz you wanna buy bonds in the yazidis market?\nLe epic merchant pun
Retweets: 1    Favorites: 0

**@muslimbruh0** – July 21, 2015, 20:02:55 (EST)
@__I___I___I___I @Etimdz  How much the yazidi women cost plus what's there ages??
Retweets: 0    Favorites: 0



## MuslimBruh
@muslimbruh0

Colonel Shaami #73

**TWEETS**
**3010**

**FOLLOWING**
**730**

**FOLLOWERS**
**1262**

### <u>Tweets</u>

**@muslimbruh0** – July 21, 2015, 20:05:01 (EST)
@Etimdz @__I___I___I___I I'm serious, I'm considering on buying  one girl inshallah once I arrive in Islamic State loooool
Retweets: 0     Favorites: 0

**@muslimbruh0** – July 21, 2015, 20:15:19 (EST)
RT @TheScimitar107: @Etimdz @YesSirQadhi @MuslimBruh0 @__I___I___I___I i will buy 2
Retweets: 1     Favorites: 0

**@muslimbruh0** – July 21, 2015, 20:15:36 (EST)
RT @YesSirQadhi: @TheScimitar107 @Etimdz @MuslimBruh0 @__I___I___I___I LOL we ain't bidding here bruv
Retweets: 1     Favorites: 0

**@muslimbruh0** – July 21, 2015, 20:15:38 (EST)
RT @TheScimitar107: @YesSirQadhi @Etimdz @MuslimBruh0 @__I___I___I___I still i want 2 yazidi slaves
Retweets: 1     Favorites: 0

**@muslimbruh0** – July 21, 2015, 20:15:57 (EST)
"@TheScimitar107 @YesSirQadhi @Etimdz @__I___I___I___I I just want one girl 17yearsold
Retweets: 0     Favorites: 0

97



# SamuraiMujaheed
@samuraimujahed

I'm not a terrorist just here for the news around the middle East , Islamic Analyst, not affiliated with IS or Al Qaeda

| TWEETS | FOLLOWING | FOLLOWERS |
|---|---|---|
| **3896** | **910** | **1625** |

## Tweets

**@samuraimujahed** – August 21, 2015, 13:06:50 (EST)
RT @SDMedia003: The IS in libya is in need of human resources,if you want to do Hijra then go to Libya!\nContact these brothers\n@majertenyyyi \n@Alifoutawi_IV
Retweets: 14   Favorites: 0

**@samuraimujahed** – August 23, 2015, 00:16:39 (EST)
RT @SDMedia03: Brothers I urge you again to go to the IS in Libya if you want to make Hijra. They have the supplies etc. But they are in need of Lions atm.
Retweets: 12   Favorites: 0