FD-302 (Rev. 5-8-10)

-1 of 3-


**OFFICIAL RECORD**

## FEDERAL BUREAU OF INVESTIGATION

Date of entry    12/18/2015

AMEER FAREED AZIZ (hereafter referred to as AZIZ), also known as "Stephen Fareed Boastwain"; Date of Birth July 22, 1969; Social Security Number ███████, home address 1733 Fulton Street, Harrisburg, Pennsylvania (PA) 17102, was interviewed at his place of employment AMAZON, located at 2 Ames Drive, Carlisle, PA 17015, specifically the corporate conference room, by Special Agent (SA) KEVIN W. KIPP and Task Force Officer (TFO) HUGH EARHART, of the Philadelphia Office/Harrisburg Resident Agency of the FEDERAL BUREAU OF INVESTIGATION (FBI). After being advised of the identity of the interviewing agents, AZIZ provided the following information:

AZIZ thought JALIL has been on Twitter for approximately one year. AZIZ knew his son, identified as JALIL AMEER AZIZ (hereafter referred to as JALIL), was active on Twitter. JALIL would constantly use his cellular telephone to get online to use Twitter, watch YouTube videos or read the news. JALIL used the family desk top on a limited basis. They have a laptop but it is not working properly. AZIZ would ask or want to see what JALIL was doing on the phone. When asked by AZIZ to see what JALIL was doing (on the phone), JALIL would always show AZIZ. One time, JALIL locked his phone and AZIZ told JALIL to keep the phone unlocked so AZIZ could access the phone to see what JALIL was doing. AZIZ took the phone from JALIL several times based on what JALIL was doing on his phone.

AZIZ would talk with JALIL about the consequences of being online and posting on Twitter. About eight months ago, JALIL was watching Jihadi videos on YouTube. AZIZ was concerned about what JAIL was doing on the phone and AZIZ talked with JALIL to explain the right path of Islam versus what was being spread over the internet. Both of JALIL's parents told him, "stay off the tweet" and for JALIL to instead do his homework, help with house chores, and clean out the cat litter box. AZIZ stated, "I can't watch him 24/7". AZIZ told JALIL what he was doing on Twitter and online, "has consequences" and "stuff come back on you". AZIZ would always tell JALIL that he (JALIL) did not know who he was communicating with on Twitter.

At one time, AZIZ knew JALIL was tweeting with someone overseas, but AZIZ did not know the identity of the person. JALIL told AZIZ that he was

---

Investigation on  12/17/2015  at  Carlisle, Pennsylvania, United States (In Person)

File #  415M-PH-6329850, 415M-PH-5331396                     Date drafted  12/18/2015

by  KIPP KEVIN W

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

415M-PH-6329850

Continuation of FD-302 of  Interview of AMEER FAREED AZIZ                    , On   12/17/2015  , Page   2 of 3

helping someone get somewhere and do something.  AZIZ thought it was to
help someone to travel to the border of Turkey or Syria.  In this instance,
AZIZ specifically told JALIL to stop tweeting and AZIZ again reiterated it
was wrong to be on Twitter.  AZIZ did not remember the time frame when this
happened.

AZIZ remembered he told JALIL three times to cancel his Twitter
account because what JALIL was posting on Twitter was alarming to AZIZ.
AZIZ knew that some of JALIL's Twitter accounts were suspended by Twitter.
AZIZ did not know how many Twitter accounts were suspended or ended.  AZIZ
told JALIL what he was doing online would cause the FBI to come knocking at
their door.

AZIZ stated JALIL never wanted to travel overseas.  AZIZ would talk with
JALIL about why going overseas was wrong.  AZIZ knew that JALIL would not
be able to travel overseas because he did not have money or a passport.

AZIZ stated there are no weapons at his house or in his vehicle.  AZIZ
purchased magazines and ammunition for a AR-15 rifle that he wanted to buy
when the family first moved to Harrisburg.  AZIZ purchased the magazines
and ammunition from CHEAPER THAN DIRT.  AZIZ did not purchase a rifle
because he did not have the money and also because he did not want a rifle
in his house.  AZIZ's wife has a son from a previous marriage who sometimes
visits their house and AZIZ stated the son was not stable.  As such, AZIZ
did not want a weapon in the house.  The last time AZIZ saw the magazines
and ammunition in the house was approximately 2 months ago.  AZIZ put the
magazines and ammunition in separate bags and placed both bags on a shelf
in the garage.

JALIL has two backpacks which are beige and camouflaged or green in
color.  AZIZ bought the green colored backpack from AMAZON before
AZIZ started working for AMAZON eight months ago.  JALIL wanted a pocket
knife, but did not get one.  JALIL keeps the packs in his room.  AZIZ would
know what was in JALIL's room because it was so small but at the same time
JALIL kept the room messy.

JALIL does not have money to purchase anything.  AZIZ and his wife both
have separate debit cards which his wife monitors closely. AZIZ's wife
would know if a purchase was made from their accounts. AZIZ was certain
JALIL did not purchase or has a weapon.

At the conclusion of the interview, AZIZ followed SA KIPP and TFO
EARHART back to his residence.  Upon arriving at the residence, AZIZ backed
his vehicle into the garage of the residence.  Once exiting the vehicle, SA
KIPP explained and presented AZIZ with a FD-26 Form, entitled "DEPARTMENT
OF JUSTICE/FEDERAL BUREAU OF INVESTIGATION "CONSENT TO SEARCH" for his 2004

FD-302a (Rev. 05-08-10)

415M-PH-6329850

Continuation of FD-302 of  Interview of AMEER FAREED AZIZ                          , On   12/17/2015   , Page   3 of 3

Chrysler Town & Country mini-van, white in color, bearing Pennsylvania
license plate ███████ , Vehicle Identification Number ████████████ .
AZIZ initialed and signed the form with SA KIPP and TFO EARHART as
witnesses. The original signed form was placed into the case file.