FD-302 (Rev. 5-8-10)

- 1 of 3 -



## FEDERAL BUREAU OF INVESTIGATION

Date of entry    12/22/2015

SANANEISHA SAMEERA AZIZ (SAMEERA), date of birth (DOB) November 11, 1955, social security account number ▮▮▮▮▮▮▮, was interviewed at her residence, 1733 Fulton Street, Harrisburg, Pennsylvania.  After being advised of the identities of the interviewing Agents and the nature of the interview, SAMEERA provided the following information:

SAMEERA was born in the State of New York and married YUSSUF AZIZ in 1979. While married to YUSSUF, SAMEERA and YUSSUF moved to Texas and then back to New York.

The marriage to YUSSUF didn't work out and SAMEERA married STEPHEN BOATSWAIN aka AMEER AZIZ in 1992. While married to AMEER, SAMEERA and AMEER resided in Alexandria, Virginia, Forestville, Maryland, Newark, New Jersey, Montgomery Village, Maryland, and ultimately ended up in Harrisburg, Pennsylvania in December of 2013.

The AZIZ family relocated to Harrisburg, Pennsylvania due to SAMEERA accepting a position as the Principle at the AL HUDA SCHOOL located in Camp Hill, Pennsylvania. SAMEERA held the position for six months before being terminated. SAMEERA is currently unemployed and AMEER works at the Amazon warehouse located in Carlisle, Pennsylvania. SAMEERA and AMEER have a son, JALIL IBN AMEER AZIZ and all three currently reside at 1733 Fulton Street, Harrisburg, Pennsylvania.

No members of the AZIZ family have ever traveled overseas, but they all aspire to go to Hajj in Saudi Arabia one day. SAMEERA stated it was their obligation as Muslims to go on Hajj, but they do not have the money to do so at this time. SAMEERA tried to obtain employment in Qatar and Dubai but had no success. SAMEERA had never heard JALIL talk about wanting to travel overseas.

Approximately 1970, SAMEERA'S mother converted to Islam and SAMEERA converted shortly thereafter. AMEER converted to ISLAM in 1992 after AMEER and SAMEERA were married. JALIL was raised Muslim.

JALIL was born in Silver Spring, Maryland and was home schooled by SAMEERA. SAMEERA had a Masters Degree in education. JALIL received a high

Investigation on  12/17/2015  at  Harrisburg, Pennsylvania, United States (In Person)

File #  415M-PH-6329850                                    Date drafted  12/21/2015

by  Susan Elizabeth Steinberg, FRANK GEORGE W

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

415M-PH-6329850

Continuation of FD-302 of  Interview of SANANEISHA SAMEERA AZIZ.        , On   12/17/2015  , Page   2 of 3

school diploma from Keystone. SAMEERA described Keystone as an online school. JALIL never attended college or took college level courses online. JALIL is currently unemployed, but aspires to be a chef. JALIL did attempt to obtain a job at McDonalds, for which SAMEERA filled out the application and took the personality test for JALIL, but JALIL did not get the job.

As stated above, SAMEERA, AMEER, and JALIL are the only residents of 1733 Fulton Street, Harrisburg, Pennsylvania. The residence had wireless internet provided by Comcast. SAMEERA did not know if the wireless internet was secure or password protected. There are two computers in the home, both located in SAMEERA and AMEER'S bedroom. There was one laptop and one desktop computer. SAMEERA, AMEER, and JALIL all use these two computers. JALIL also had a smartphone which JALIL uses to access the internet.

Other than a Twitter account for her business, EXQUISITELY CRAFTED 4U, SAMEERA does not have any social media accounts or use and type of messaging applications. SAMEERA could not remember the vanity name or the @ handle for her business account. SAMEERA stated AMEER doesn't have any social media accounts.

In the beginning of the interview, SAMEERA stated she had never seen JALIL on any type of online social media account or online chatroom. When JALIL was on one of the two computers in SAMEERA'S bedroom, he was studying the Qur'an. SAMEERA further stated JALIL didn't and wasn't suppose to have any social media accounts such as Facebook or Twitter.

Later in the interview, SAMEERA stated she knew JALIL used Twitter. SAMEERA did not know any Twitter account names JALIL may have used. SAMEERA did see JALIL open a new Instagram account under the name "Toxic". JALIL told SAMEERA he opened the account in an attempt to obtain a free gaming system.

When SAMEERA found out JALIL had a Twitter account, JALIL told SAMEERA he was an Islamic Analyst and used the account for Islamic studies. SAMEERA told JALIL to shut down the account and JALIL stated he did, showing SAMEERA a closed account. At first, SAMEERA stated she did not know what JALIL was doing with his Twitter account, but later in the interview, SAMEERA stated she told JALIL what he was doing was bad and to stay away from ISIS.

SAMEERA stated JALIL rarely leaves the home, but when he does, it is to accompany AMEER to the masjid or to the store. JALIL never goes out on his own and does not have any friends. SAMEERA has never seen or heard JALIL talking to friends on the phone or using any type of online messaging application to chat with friends. SAMEERA does not let JALIL have any friends because she does not want his mind "poisoned" by outside

FD-302a (Rev. 05-08-10)

415M-PH-6329850

Continuation of FD-302 of <u>Interview of SANANEISHA SAMEERA AZIZ.</u>      , On  <u>12/17/2015</u> , Page  <u>3</u> of <u>3</u>

influences. As an example, JALIL wanted to join some people in a paintball game but SAMEERA refused to let him go because she felt it would look bad for a Muslim to be playing paintball.

SAMEERA stated the only true English version Qur'an is the Noble Qur'an. SAMEERA stated JALIL basically sleeps or plays video games all day. There is no television in the home.

SAMEERA believed ISIS was a "bad" group. While discussing Hijra, SAMEERA stated she would like to reside in a Muslim country without political strife, but it is not an obligation. SAMEERA stated what ISIS was doing was crazy. SAMEERA had never heard JALIL talking about ISIS or wanting to join ISIS.

SAMEERA stated JALIL had a backpack that was for "prepping". SAMEERA knew JALIL had purchased magazines for an assault type rifle, but seemed shocked the magazines had bullets in them. SAMEERA stated the backpack should also contain a knife, a head cover, and other miscellaneous items. JALIL purchased the magazines from a company named CHEAPER THAN DIRT.

JALIL told SAMEERA they should buy a gun for home protection, but SAMEERA refused. While JALIL does receive some money from his sister and grandmother, and could potentially buy a gun without SAMEERA'S consent, SAMEERA stated she is home all day and would know if JALIL bought a gun. SAMEERA does not like guns and did not allow JALIL to go to a gun range when JALIL asked. When JALIL couldn't buy a gun, JALIL asked if he could at least buy the magazines, which SAMEERA allowed.

Despite self admitting she does not know the full extent of JALIL'S activities, SAMEERA stated she does not believe JALIL is a threat to anyone and JALIL wouldn't have gotten into any type of trouble if it wasn't for his cell phone. SAMEERA claimed JALIL has never shown an affinity for violence and is well liked by the members of the masjid.

After the conclusion of the interview, the interviewing agents were with SAMEERA when AMEER arrived at the residence. AMEER stated to SAMEERA they told him this activity was going to get him in trouble to which SAMEERA agreed.