FD-302 (Rev. 5-8-10)                         -1 of 1-



## FEDERAL BUREAU OF INVESTIGATION

Date of entry    03/17/2016

Ali AMIN, was interviewed at Federal Correctional Institution (FCI) ███████ █ by Task Force Officer (TFO) Jeffrey Gruppo and Special Agent (SA) Kevin Kipp. Also present was SA's David Martinez and Jane Courtney, and TFO Todd Bratz. After being advised of the identity of the interviewing Agents and the nature of the interview, AMIN provided the following information:

AMIN recalled the Twitter persona Colonel Shaami. AMIN initially thought it was a "spin-off" persona of a British individual known as "Azi Shami." AMIN realized the persona Colonel Shammi actually belonged to Jalil Aziz after he (AMIN) watched a CNN news article following Aziz's arrest. AMIN described the "Colonel Shaami" accounts as being aggressive in their posting of ISIL related material. AMIN stated that he never actually spoke to the user of Colonel Shaami through Twitter direct messages or through any other communications platforms.

AMIN was often had individuals try to contact him on Twitter, but he did not usually reply to them. AMIN opined that when someone would contact another person on Twitter for assistance to travel to Syria, it was because they trusted that account, based on what they were posting. AMIN stated that everything you needed to know to travel to Syria could be found online.

AMIN was asked to explain the Islamic madkhali movement. AMIN explained this was an Islamic movement that was in favor of the Saudi government. Madkhali's are never supporters of ISIL.

---

Investigation on   03/01/2016   at   Ashland, Kansas, United States (In Person)

File #  415M-PH-6329850-Criminal, 415M-WF-5634385                Date drafted   03/10/2016

by  GRUPPO JEFFREY D, KIPP KEVIN W

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.