IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:15-CR-309 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **JALIL IBN AMEER AZIZ**, | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 17th day of October, 2017, following a presentencing telephonic conference call on today's date, during which counsel for defendant Jalil Ibn Ameer Aziz ("Aziz") requested a brief continuance of sentencing in the above-captioned matter to retain a psychologist specializing in subject matter areas implicated in this case for the purpose of conducting a forensic psychological evaluation of Aziz and assessing, *inter alia*, Aziz's developmental and psychological state as well as his propensity to recidivate and amenability to rehabilitation, and, noting that the government does not oppose the request for a brief continuance, and that the court agrees with counsel that a forensic psychological assessment may be useful to the sentencing calculus *sub judice*, it is hereby ORDERED that:

1. Sentencing proceedings in the above-captioned matter are continued from Friday, October 20, 2017 to **Wednesday, December 20, 2017 at 10:00 a.m.** in Courtroom No. 2, Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania