**FILED**
HARRISBURG, PA
DEC 20 2017
PETER WELSH, CLERK
Per _____

CR. NO. 1:15-CR-309

## GOVERNMENT'S LIST OF SENTENCING EXHIBITS

### UNITED STATES v. JALIL IBN AMEER AZIZ

CHIEF JUDGE CONNER

MIDDLE DISTRICT OF PENNSYLVANIA

DATE: December 20, 2017

| GOV | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 1 | | Photographs from November 27, 2015 Search (1.1 - 1.26) | 12/20/17 | 12/20/17 | adm | Agent Jeffrey Gruppo |
| 2 | | Photographs from December 17, 2015 Search (2.1 - 2.167) | 12/20/17 | 12/20/17 | adm | Agent Jeffrey Gruppo |
| 3 | | Twitter Summary | 12/20/17 | 12/20/17 | adm | Agent Jeffrey Gruppo |
| 4 | | Tan Tactical Backpack | 12/20/17 | 12/20/17 | adm | Agent Jeffrey Gruppo |
| 5 | | Five Magpul 30 round .556 magazines | 12/20/17 | 12/20/17 | adm | Agent Jeffrey Gruppo |
| 6 | | Knife | 12/20/17 | 12/20/17 | adm | Agent Jeffrey Gruppo |
| 7 | | Balaclava | 12/20/17 | 12/20/17 | adm | Agent Jeffrey Gruppo |
| 8 | | Rayovac Flashlight | 12/20/17 | 12/20/17 | adm | Agent Jeffrey Gruppo |
| 9 | | Lighter | 12/20/17 | 12/20/17 | adm | Agent Jeffrey Gruppo |
| 10 | | Sucrets Tin | 12/20/17 | 12/20/17 | adm | Agent Jeffrey Gruppo |
| 11 | | Sucrets | 12/20/17 | 12/20/17 | adm | Agent Jeffrey Gruppo |
| 12 | | Toothbrush | 12/20/17 | 12/20/17 | adm | Agent Jeffrey Gruppo |
| 13 | | Bag of Sunflower seeds | 12/20/17 | 12/20/17 | adm | Agent Jeffrey Gruppo |
| 14 | | Small Flashlight | 12/20/17 | 12/20/17 | adm | Agent Jeffrey Gruppo |
| 15 | | Black Nylon Strap | 12/20/17 | 12/20/17 | adm | Agent Jeffrey Gruppo |
| 16 | | Nail Clippers | 12/20/17 | 12/20/17 | adm | Agent Jeffrey Gruppo |
| 17 | | BandAid style bandages | 12/20/17 | 12/20/17 | adm | Agent Jeffrey Gruppo |

(142)

## GOVERNMENT'S LIST OF SENTENCING EXHIBITS

## UNITED STATES v. JALIL IBN AMEER AZIZ

CHIEF JUDGE CONNER  CR. NO. 1:15-CR-309

MIDDLE DISTRICT OF PENNSYLVANIA  DATE: December 20, 2017

| GOV | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 18 | | Black Fingerless Gloves | 12/20/17 | 12/20/17 | adm | Agent Jeffrey Gruppo |
| 19 | | Black Cord/Wire | 12/20/17 | 12/20/17 | adm | Agent Jeffrey Gruppo |
| 20 | | Medication | 12/20/17 | 12/20/17 | adm | Agent Jeffrey Gruppo |
| 21 | | 100 Rounds of .556 ammunition in two black bags | 12/20/17 | 12/20/17 | adm | Agent Jeffrey Gruppo |
| 22 | | Digital Camouflage Backpack | 12/20/17 | 12/20/17 | adm | Agent Jeffrey Gruppo |
| 23 | | Earbuds | 12/20/17 | 12/20/17 | adm | Agent Jeffrey Gruppo |
| 24 | | Identification Card | 12/20/17 | 12/20/17 | adm | Agent Jeffrey Gruppo |
| 25 | | Red/White Head Scarf | 12/20/17 | 12/20/17 | adm | Agent Jeffrey Gruppo |
| 26 | | Black/Brown Head Scarf | 12/20/17 | 12/20/17 | adm | Agent Jeffrey Gruppo |
| 27 | | Gray Cloth | 12/20/17 | 12/20/17 | adm | Agent Jeffrey Gruppo |
| 28 | | Search Warrant Execution Log (12/17/15) | | | | |

(262)